| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 33 M | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Karen L. Hom | | REPORTER/FTR<br>FTR: 11:07-11:40 | |
| MAGISTRATE JUDGE<br>JACQUELINE SCOTT CORLEY | | DATE<br>May 2, 2017 | | NEW CASE ☐ | CASE NUMBER<br>3:17-mj-70643-MAG-1 |

### APPEARANCES

| DEFENDANT<br>Ryan Michael Spencer | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Christopher Parkhurst | PD. ☐ RET. ☐<br>APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Julie Garcia | INTERPRETER | | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Katrina Chu | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ STATUS TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☒ DETENTION HRG<br>33 M | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ 500,000 | SPECIAL NOTES | ☒ PASSPORT SURRENDERED<br>DATE: 5/2/17 |
|---|---|---|---|---|

PROPERTY TO BE POSTED — ☐ CASH $ — Real Property: ~~CORPORATE SECURITY~~ ☒ 1582 Chambers Dr, San Jose, CA — REAL PROPERTY: ☒ 236 Meadow Road, Aptos, CA

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 05/16/17 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 9:30 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR _____ | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. Spero | ☐ DETENTION HEARING | ☒ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Brad Spencer, Aly Spencer, Carla Spencer & Bruce Sutherland, sureties, placed under oath. Dft to be released when the properties are posted. PTS to inspect the home. Passport surrendered in Court to PTS. Court ordered that the text messages be filed UNDER SEAL. Dft shall appear on 5/4/17 at 11 AM before Judge Corley for a Further Dtn Hearing. Proffers heard.

cc: JCS, Ada, Finance

DOCUMENT NUMBER: