1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JULIE D. GARCIA (CABN 288624)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-6758
7  Facsimile: (415) 436-7234
   Julie.Garcia@usdoj.gov
8

9  Attorneys for the United States of America

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,           ) No. 3:17-mj-70643-MAG
                                        )
15         Plaintiff,                   ) **DECLARATION OF JULIE D. GARCIA IN**
                                        ) **SUPPORT OF UNITED STATES'**
16     v.                               ) **ADMINISTRATIVE MOTION TO SEAL**
                                        )
17  RYAN MICHAEL SPENCER,               )
                                        )
18         Defendant.                   )
                                        )

DECLARATION OF JULIE D. GARCIA IN SUPPORT OF UNITED STATES' ADMINISTRATIVE MOTION TO SEAL
3:17-MJ-70643-MAG

I, Julie D. Garcia, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California. I am assigned to the above-captioned case. I have personal knowledge of the information set forth below, and, if called as a witness, I could and would competently testify thereto.

2. The United States is moving, pursuant to Criminal Local Rule 56-1(c), for an order sealing Exhibits C and E and portions of Exhibit D to the Declaration of Julie D. Garcia in Support of United States' Motion to Revoke Release Order and to Order Ryan Michael Spencer Detained ("Garcia Declaration").

3. Defendant does not oppose the Government's motion.

4. Exhibit C to the Garcia Declaration is a CD containing a true and accurate copy of an audio recording of an interview with Bryan Petersen, a defendant in a related case. This recording contains certain personally identifiable information of the Defendant, Mr. Petersen, and of the victims in this case, including the names, addresses, and phone numbers of minor victims. The audio recording also contains law enforcement-sensitive information relating to ongoing investigations that are not public, including references to targets who have not been charged.

5. Exhibit D to the Garcia Declaration is a true and accurate copy of excerpts of Kik messages exchanged between Petersen and Defendant Ryan Michael Spencer with the names of minor victims, the minor victims' faces, and explicit portions of the images redacted or blurred.[1] In accordance with Criminal Local Rule 56-1(c)(2)(D), this Exhibit is marked "DOCUMENTS SOUGHT TO BE SEALED" and indicates, using red boxes, the portions of the document that are redacted from the proposed redacted version marked "REDACTED VERSION OF DOCUMENTS SOUGHT TO BE SEALED." The proposed redacted version redacts, in addition to the material redacted from the sealed version, all of the photographs the two Defendants exchanged, both because those images constitute contraband and because they could be used to identify the minor victims in this case.

---

[1] Because Exhibit D contains contraband and references to minor victims, the Government is not submitting a fully unredacted version to the Court under seal. Rather, even the sealed version of Exhibit D redacts the names of the minor victims, redacts the minor victims' faces, and blurs portions of the images the two Defendants exchanged.

DECLARATION OF JULIE D. GARCIA IN SUPPORT OF UNITED STATES' ADMINISTRATIVE MOTION TO SEAL
3:17-MJ-70643-MAG

6. Exhibit E to the Garcia Declaration is a true and accurate copy of a compendium of victim impact statements submitted by parents of some of the minor victims. In addition to containing the parents' names, these statements are replete with other highly sensitive information relating to the minor victims that, taken together, could be used to identify them.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 5, 2017, in San Francisco, California.

/s/
JULIE D. GARCIA
Assistant United States Attorney

DECLARATION OF JULIE D. GARCIA IN SUPPORT OF UNITED STATES' ADMINISTRATIVE MOTION TO SEAL
3:17-MJ-70643-MAG