# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

FILED

MAY 11 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

V.

CR17-00259 CRB

BRYAN PETERSEN and
RYAN MICHAEL SPENCER

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 2252(a)(2) and (b)(1) – Conspiracy to Distribute and Receive Child Pornography;
18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography;
18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography;
18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography;
18 U.S.C. § 2253(a)(1) and (a)(3) – Criminal Forfeiture.

A true bill.

_____
Foreman

Filed in open court this 11th day of May, 2017

_____
Clerk

Bail, $ No process

AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 2252(a)(2) and (b)(1) – Conspiracy to Distribute and Receive Child Pornography;
18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography;
18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography;
18 U.S.C. § 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography.
Forfeiture pursuant to 18 U.S.C. § 2253(a)(1) and (a)(3)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attachment A

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN FRANCISCO DIVISION

FILED
MAY 11 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT - U.S ----
▶ BRYAN PETERSEN

DISTRICT COURT NUMBER
**CR17-00259** CRB

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction    } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No    } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

---- PROCEEDING ----

Name of Complainant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} 3:17-mj-70631

Name and Office of Person Furnishing Information on this form  BRIAN J. STRETCH
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Julie D. Garcia

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT      Bail Amount: _____
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

# ATTACHMENT A TO PENALTY SHEET

**Penalties for Violation of 18 U.S.C. § 2252(a)(2) and (b)(1), Conspiracy to Distribute and Receive Child Pornography:**

Mandatory minimum 5 years and maximum 20 years imprisonment; maximum $250,000 fine; at least five years, but up to lifetime, supervised release; $5,100 special assessment; forfeiture; restitution. (Class C felony)

**Penalties for Violation of 18 U.S.C. § 2252(a)(2), Distribution of Child Pornography:**

Mandatory minimum 5 years and maximum 20 years imprisonment; maximum $250,000 fine; at least five years, but up to lifetime, supervised release; $5,100 special assessment; forfeiture; restitution. (Class C felony)

**Penalties for Violation of 18 U.S.C. § 2252(a)(2), Receipt of Child Pornography:**

Mandatory minimum 5 years and maximum 20 years imprisonment; maximum $250,000 fine; at least five years, but up to lifetime, supervised release; $5,100 special assessment; forfeiture; restitution. (Class C felony)

**Penalties for Violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2), Possession of Child Pornography:**

Maximum 20 years imprisonment; maximum $250,000 fine; at least five years, but up to lifetime, supervised release; $5,100 special assessment; forfeiture; restitution. (Class C felony)

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 2252(a)(2) and (b)(1) – Conspiracy to Distribute and Receive Child Pornography;
18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography;
18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography;
18 U.S.C. § 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography.
Forfeiture pursuant to 18 U.S.C. § 2253(a)(1) and (a)(3)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attachment A

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
MAY 11 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT - U.S
▶ RYAN MICHAEL SPENCER

DISTRICT COURT NUMBER
CR 17-00259 CRB

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
3:17-mj-70643

Name and Office of Person Furnishing Information on this form
BRIAN J. STRETCH
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Julie D. Garcia

---- DEFENDANT ----

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

# ATTACHMENT A TO PENALTY SHEET

**Penalties for Violation of 18 U.S.C. § 2252(a)(2) and (b)(1), Conspiracy to Distribute and Receive Child Pornography:**

Mandatory minimum 5 years and maximum 20 years imprisonment; maximum $250,000 fine; at least five years, but up to lifetime, supervised release; $5,100 special assessment; forfeiture; restitution. (Class C felony)

**Penalties for Violation of 18 U.S.C. § 2252(a)(2), Distribution of Child Pornography:**

Mandatory minimum 5 years and maximum 20 years imprisonment; maximum $250,000 fine; at least five years, but up to lifetime, supervised release; $5,100 special assessment; forfeiture; restitution. (Class C felony)

**Penalties for Violation of 18 U.S.C. § 2252(a)(2), Receipt of Child Pornography:**

Mandatory minimum 5 years and maximum 20 years imprisonment; maximum $250,000 fine; at least five years, but up to lifetime, supervised release; $5,100 special assessment; forfeiture; restitution. (Class C felony)

**Penalties for Violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2), Possession of Child Pornography:**

Maximum 20 years imprisonment; maximum $250,000 fine; at least five years, but up to lifetime, supervised release; $5,100 special assessment; forfeiture; restitution. (Class C felony)

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2

3
4                                                                      **FILED**
5
                                                                    MAY 1 1 2017
6                                                                  SUSAN Y. SOONG
                                                              CLERK, U.S. DISTRICT COURT
                                                           NORTHERN DISTRICT OF CALIFORNIA
7                                                                      OAKLAND

8
                           UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                                SAN FRANCISCO DIVISION
11
                                                                                  CRB
12  UNITED STATES OF AMERICA,            )  No. **CR17-00259**
                                         )
13       Plaintiff,                      )  VIOLATIONS:
                                         )  18 U.S.C. § 2252(a)(2) and (b)(1) – Conspiracy to
14       v.                              )  Distribute and Receive Child Pornography;
                                         )  18 U.S.C. § 2252(a)(2) – Distribution of Child
15  BRYAN PETERSEN and RYAN MICHAEL      )  Pornography;
    SPENCER,                             )  18 U.S.C. § 2252(a)(2) – Receipt of Child
16                                       )  Pornography;
         Defendants.                     )  18 U.S.C. § 2252(a)(4)(B) – Possession of Child
17                                       )  Pornography;
                                         )  18 U.S.C. § 2253(a)(1) and (a)(3) – Criminal
18                                       )  Forfeiture
                                         )
19                                       )  SAN FRANCISCO VENUE
                                         )
20  _____

21                                     I N D I C T M E N T

22  The Grand Jury charges:

23  COUNT ONE:       (18 U.S.C. § 2252(a)(2) and (b)(1) – Conspiracy to Distribute and Receive Visual
                     Depictions of Minors Engaging in Sexually Explicit Conduct)
24

25       Beginning on a date unknown, but no later than on or about April 1, 2017, and continuing

26  through on or about April 26, 2017, in the Northern District of California, and elsewhere, the defendants,

27            BRYAN PETERSEN and RYAN MICHAEL SPENCER,

28  did conspire and agree with each other and others known and unknown to the grand jury to knowingly

    INDICTMENT

1  distribute and receive any visual depiction using a means and facility of interstate and foreign
2  commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign
3  commerce, and which contained materials that have been so mailed, shipped and transported, by any
4  means including by computer, and the production of which involved the use of a minor engaging in
5  sexually explicit conduct, and which visual depiction was of such conduct, in violation of Title 18,
6  United States Code, Sections 2252(a)(2) and (b)(1).

COUNT TWO:   (18 U.S.C. § 2252(a)(2) and (b)(1) – Distribution of Child Pornography)

On or about April 5, 2017, in the Northern District of California, and elsewhere, the defendant,

RYAN MICHAEL SPENCER,

did knowingly distribute a visual depiction using a means and facility of interstate and foreign commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign commerce, and which contained materials that have been so mailed, shipped and transported, by any means including by computer, and the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

COUNT THREE:   (18 U.S.C. § 2252(a)(2) and (b)(1) – Receipt of Child Pornography)

On or about April 5, 2017, in the Northern District of California, and elsewhere, the defendant,

BRYAN PETERSEN,

did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign commerce, and which contained materials that have been so mailed, shipped and transported, by any means including by computer, and the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

COUNT FOUR:   (18 U.S.C. § 2252(a)(2) and (b)(1) – Distribution of Child Pornography)

On or about April 2, 2017, in the Northern District of California, and elsewhere, the defendant,

BRYAN PETERSEN,

INDICTMENT

1  did knowingly distribute a visual depiction using a means and facility of interstate and foreign
2  commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign
3  commerce, and which contained materials that have been so mailed, shipped and transported, by any
4  means including by computer, and the production of which involved the use of a minor engaging in
5  sexually explicit conduct, and which visual depiction was of such conduct, in violation of Title 18,
6  United States Code, Sections 2252(a)(2) and (b)(1).
7  COUNT FIVE:     (18 U.S.C. § 2252(a)(2) and (b)(1) – Receipt of Child Pornography)
8       On or about April 2, 2017, in the Northern District of California, and elsewhere, the defendant,
9                             RYAN MICHAEL SPENCER,
10 did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce,
11 and that had been mailed and shipped and transported in and affecting interstate and foreign commerce,
12 and which contained materials that have been so mailed, shipped and transported, by any means
13 including by computer, and the production of which involved the use of a minor engaging in sexually
14 explicit conduct, and which visual depiction was of such conduct, in violation of Title 18, United States
15 Code, Sections 2252(a)(2) and (b)(1).
16 COUNT SIX:     (18 U.S.C. § 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography)
17       Beginning on a date unknown, but continuing through on or about April 26, 2017, in the
18 Northern District of California, the defendant,
19                             BRYAN PETERSEN,
20 did knowingly possess matter which contained at least one visual depiction that had been shipped and
21 transported using a means and facility of interstate and foreign commerce, and in and affecting interstate
22 and foreign commerce, and that was produced using materials that had been mailed, shipped, and
23 transported in and affecting interstate and foreign commerce, by a means and facility of interstate and
24 foreign commerce, including by computer, the production of which involved the use of a minor who had
25 not attained 12 years of age engaging in sexually explicit conduct, which visual depiction was of such
26 conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).
27 COUNT SEVEN:     (18 U.S.C. § 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography)
28       Beginning on a date unknown, but continuing through on or about April 27, 2017, in the

INDICTMENT

Northern District of California, the defendant,

RYAN MICHAEL SPENCER,

did knowingly possess matter which contained at least one visual depiction that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and that was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by a means and facility of interstate and foreign commerce, including by computer, the production of which involved the use of a minor who had not attained 12 years of age engaging in sexually explicit conduct, which visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

<u>FORFEITURE ALLEGATION</u>:     (18 U.S.C. § 2253(a) – Forfeiture)

1.   The allegations contained in Counts One through Seven of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

2.   Pursuant to Title 18, United States Code, Section 2253, upon conviction of any of the offenses alleged in Counts One through Seven, the defendants,

BRYAN PETERSEN and RYAN MICHAEL SPENCER,

shall forfeit to the United States of America:

   a.   Any visual depiction described in Title 18, United States Code, Sections 2251 or 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   b.   Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

   c.   Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3.   The property to be forfeited includes, but is not limited to, the following items seized from the defendants and their residences on or about April 26, 2017, and April 27, 2017:

   a.   One (1) Apple iPhone, serial number FFMQ21G5G5MG;

INDICTMENT

| | | | |
|---|---|---|---|
| 1 | | b. | One (1) Apple Macbook Pro, serial number C02ST0LQH03Y; |
| 2 | | c. | One (1) Transcend StoreJet 1TB external hard drive, serial number |
| 3 | | | FYF675AE1NXQ-DW; |
| 4 | | d. | One (1) Apple iPhone 7, serial number F72SDRNGHG71. |

5   4.   If any of the property described above, as a result of any act or omission
6   of the defendants:

|  |  |  |
|---|---|---|
| 7 | a. | cannot be located upon the exercise of due diligence; |
| 8 | b. | has been transferred or sold to, or deposited with, a third party; |
| 9 | c. | has been placed beyond the jurisdiction of the court; |
| 10 | d. | has been substantially diminished in value; or |
| 11 | e. | has been commingled with other property which cannot be divided without |
| 12 | | difficulty; |

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

DATED: May 11, 2017

A TRUE BILL

/s/ Denise Laws
FOREPERSON

BRIAN J. STRETCH
United States Attorney

/s/ Elise Becker
ELISE BECKER
Deputy Chief, Criminal Division

(Approved as to form: /s/ Julie D. Garcia )
JULIE D. GARCIA
Assistant United States Attorney

INDICTMENT