1  Shannon M. Dorvall   CA SBN 241589
2  Imhoff & Associates, P.C.
   12424 Wilshire Blvd., Ste 700
3  Los Angeles, CA  90025
   Phone:  (310) 315-1100
4  Fax:  (310) 315-1152
5  shannondorvall@criminalattorney.com

6  Attorney for Ryan Michal Spencer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>RYAN MICHAEL SPENCER,<br><br>          Defendant | Case No.: 3:17-cr-00259-CRB<br><br>EX-PARTE REQUEST FOR ORDER ALLOWING EXPERT VISITATION |

      Ryan Michael Spencer, defendant, in the above-entitled case, moves the court, by and through Shannon M. Dorvall, defendant's attorney, for an order authorizing Dr. Jasmine Tehrani, a qualified psychiatrist, to examine and interview defendant at the Glenn E. Dyer Detention Facility, at 550 6th Street, Oakland, CA 94607, or at such other appropriate place as may be designated.

EX-PARTE REQUEST FOR ORDER ALLOWING EXPERT VISITATION - 1

This motion is made on the grounds that it is essential to the preparation of the defense in this case that Dr. Jasmine Tehrani be permitted to consult with the defendant, who is presently incarcerated in Glenn E. Dyer Detention Facility, at 550 6th Street, Oakland, CA 94607.

Dated this 22nd of November, 2017.

/s/ Shannon M. Dorvall
Shannon M. Dorvall
Attorney for Ryan Michael Spencer

EX-PARTE REQUEST FOR ORDER ALLOWING EXPERT VISITATION - 2