ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JULIE D. GARCIA (CABN 288624)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-7234
    Julie.Garcia@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 17-259 CRB-2 |
|---|---|---|
| Plaintiff, | ) | UNITED STATES' MOTION FOR IMMEDIATE ENFORCEMENT OF DECRYPTION ORDER AND [~~PROPOSED~~] ORDER |
| v. | ) | |
| RYAN MICHAEL SPENCER, | ) | |
| Defendant | ) | |

On April 26, 2018, the Court issued an Order denying defendant Spencer's motion for relief from an order by a magistrate judge compelling him to decrypt several electronic devices. (Dkt. 83, hereafter "Decryption Order.")

The United States now moves the Court for an order for immediate enforcement of the Decryption Order. Specifically, the United States requests that the Court issue an order directing that:

(1) On May 1, 2018, or on a date within seven days thereafter that is agreed to by the United States Marshals Service ("USMS"), the government, and Spencer's counsel, the USMS shall release defendant Ryan Michael Spencer to the temporary custody of agents of the FBI, who shall transport Spencer to the FBI's Oakland Resident Agency at 2101 Webster Street, Oakland, California;

(2) The FBI shall make available to Spencer and his counsel the three electronic devices at issue in the Decryption Order;

(3) An agent of the FBI shall be in the room with Spencer whenever Spencer has access to the electronic devices;

(4) Upon Spencer's request, the devices shall be removed from the room and Spencer shall be permitted to confer with counsel outside the presence of any government agent;

(5) Spencer shall be permitted up to one hour to enter the passwords to the electronic devices; and

(6) The FBI shall thereafter return Spencer to USMS custody.

DATED: April 27, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney


   /s/
JULIE D. GARCIA
Assistant United States Attorney

UNITED STATES' MOT. FOR IMMEDIATE ENFORCEMENT OF DECRYPTION ORDER AND [~~PROPOSED~~] ORDER
No. CR 17-259 CRB-2

1

**~~PROPOSED~~ ORDER**

IT IS HEREBY ORDERED:

(1) On May 1, 2018, or on a date within seven days thereafter that is agreed to by the United States Marshals Service ("USMS"), the government, and Spencer's counsel, the USMS shall release defendant Ryan Michael Spencer to the temporary custody of agents of the FBI, who shall transport Spencer to the FBI's Oakland Resident Agency at 2101 Webster Street, Oakland, California;

(2) The FBI shall make available to Spencer and his counsel the three electronic devices at issue in the Decryption Order;

(3) An agent of the FBI shall be in the room with Spencer whenever Spencer has access to the electronic devices;

(4) Upon Spencer's request, the devices shall be removed from the room and Spencer shall be permitted to confer with counsel outside the presence of any government agent;

(5) Spencer shall be permitted up to one hour to enter the passwords to the electronic devices; and

(6) The FBI shall thereafter return Spencer to USMS custody.

IT IS SO ORDERED.

Dated: May 1, 2018

HON. CHARLES R. BREYER
United States District Judge

UNITED STATES' MOT. FOR IMMEDIATE ENFORCEMENT OF DECRYPTION ORDER AND ~~[PROPOSED]~~ ORDER
No. CR 17-259 CRB-2

2