1   ALEX G. TSE (CABN 152348)
    Acting United States Attorney
2
    BARBARA J. VALLIERE (DCBN 439353)
3   Chief, Criminal Division

4   JULIE D. GARCIA (CABN 288624)
    JONAS LERMAN (CABN 274733)
5   Assistant United States Attorneys

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
7        Telephone: (415) 436-7200
         Fax: (415) 436-7234
8        julie.garcia@usdoj.gov
         jonas.lerman@usdoj.gov
9
    Attorneys for United States of America
10
                        UNITED STATES DISTRICT COURT
11
                     NORTHERN DISTRICT OF CALIFORNIA
12
                           SAN FRANCISCO DIVISION
13

14   UNITED STATES OF AMERICA,            )   Case No. CR 17-259 CRB-2
                                          )
15            Plaintiff,                  )   DECLARATION OF JONAS LERMAN IN
                                          )   SUPPORT OF MOTION FOR ORDER TO SHOW
16       v.                               )   CAUSE WHY DEFENDANT RYAN MICHAEL
                                          )   SPENCER SHOULD NOT BE HELD IN CIVIL
17   RYAN MICHAEL SPENCER,                )   CONTEMPT
                                          )
18            Defendant.                  )
                                          )
19   ─────────────────────────────────────

20

21

22

23

24

25

26

27

28

DECLARATION OF JONAS LERMAN
CR 17-259 CRB-2

I, Jonas Lerman, declare:

1.      I am an Assistant United States Attorney with the United States Attorney's Office for the Northern District of California.  I make this declaration on my own knowledge.

2.      Attached as Exhibit A is a true and correct copy of an email chain from May 1–4, 2018, containing emails exchanged between defense attorney Shannon Dorvall, defense attorney Christopher Parkhurst, Assistant United States Attorney Julie Garcia, and me.

3.      As reflected in the email chain, and pursuant to the Court's order of May 1, 2018 (Dkt. 85) ("Enforcement Order"), the parties agreed to meet on May 7, 2018, at 2:00 p.m. at the FBI's Oakland Resident Agency.  The purpose of the meeting was for defendant Ryan Michael Spencer to decrypt the three electronic devices at issue in the Court's April 26, 2018, order (Dkt. 83) ("Decryption Order").  The Enforcement Order gave Spencer until May 8, 2018, to comply with the Decryption Order.  *See* Dkt. 85 at 3.

4.      On the parties' agreed-upon date, May 7, 2018, the United States Marshals Service transported Spencer from Glenn Dyer Jail to the Oakland Federal Building.  The Marshals temporarily transferred custody of Spencer to the FBI.  FBI agents then drove Spencer from the Federal Building to the FBI's Oakland Resident Agency.

5.      At approximately 2:00 p.m. on May 7, Spencer's attorney Christopher Parkhurst arrived at the FBI's Oakland Resident Agency.  Spencer and Parkhurst met privately in a conference room. Parkhurst eventually asked to speak with me.  I entered the conference room with FBI Special Agent Dan Costin.  Parkhurst told me that Spencer would not comply with the Court's Decryption Order. Parkhurst said that Spencer was "deferring" due to what Parkhurst claimed was "ambiguity" in the Decryption Order.  I asked what was ambiguous about the Decryption Order.  Parkhurst cited "the Fourth and Fifth Amendments" and referred to unspecified "caselaw."  Parkhurst also asserted that the defense needed "clarification" from the Court about "immunity."

6.      As Parkhurst spoke, I noticed that he had a small slip of paper on the table in front of him.  On the paper was typewritten text with yellow highlighting.  Parkhurst appeared at times to be reading from the paper as he spoke to me.

//

DECLARATION OF JONAS LERMAN
CR 17-259 CRB-2

7.     In response to Parkhurst's statement about "ambiguity," I explained that the government had already addressed that issue several days earlier by email.  I was referring to an email that AUSA Julie Garcia sent defense counsel on May 2, 2018.  In that email, AUSA Garcia wrote to Parkhurst and Dorvall: "The Court's order only prevents the government from using evidence of the fact that Mr. Spencer decrypted the devices; it did not grant full derivative-use immunity.  We intend to use the contents of the decrypted devices against Mr. Spencer."  Ex. A at 5.

8.     When I referred to that May 2 email during the May 7 meeting, Parkhurst said it represented just one AUSA's opinion.  I noted that Parkhurst and Dorvall never responded to that email to challenge the government's position.  I also noted that if the defense thought the Court's Decryption Order was ambiguous, they could have sought clarification from the Court before our May 7 meeting.  Parkhurst responded that he and Dorvall could not have sought such clarification from the Court before meeting with Spencer and discussing the Court's order with him.  When I pointed out that Parkhurst or Dorvall could have met with Spencer before May 7, Parkhurst replied that he had been too busy to do so, that he is based in Sacramento, and that Dorvall is based in Southern California.  Parkhurst said that meeting with Spencer at Glenn Dyer Jail would have been inconvenient.

9.     I informed Parkhurst and Spencer that the government would move the Court to hold Spencer in contempt for refusing to comply with the Decryption Order.  Parkhurst said he understood. I ended the meeting.  By then, it was too late for the FBI to return Spencer to the Marshals' custody for transport back to Glenn Dyer Jail.  FBI agents therefore drove Spencer back to the jail themselves.

10.     I estimate that at least six FBI Special Agents were involved in arranging the May 7 meeting and transporting Spencer, in addition to at least two Deputy United States Marshals.

11.     The United States has never offered Spencer any form of immunity in connection with this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.  Executed on May 8, 2018, in San Francisco, California.


＿＿/s/ Jonas Lerman＿＿＿＿＿＿＿＿＿＿
JONAS LERMAN
Assistant United States Attorney

DECLARATION OF JONAS LERMAN
CR 17-259 CRB-2

Exhibit A

**Lerman, Jonas (USACAN)**

| | |
|---|---|
| **From:** | Chris Parkhurst <parkhurstattorney@gmail.com> |
| **Sent:** | Friday, May 4, 2018 3:56 PM |
| **To:** | Lerman, Jonas (USACAN) |
| **Cc:** | Shannon Dorvall; Hoffman, Hallie (USACAN); Garcia, Julie (USACAN) |
| **Subject:** | Re: Spencer - order for immediate enforcement |

I have to meet with Mr. Spencer first to review the order with him and cannot answer your question until my client has seen the order.

Chris Parkhurst

LAW OFFICE OF
CHRISTOPHER PARKHURST
1007 7th Street, Suite 302
Sacramento, CA 95814
Tel (916) 277-8299

On Fri, May 4, 2018 at 1:44 PM, Lerman, Jonas (USACAN) <Jonas.Lerman@usdoj.gov> wrote:

Chris,

The meeting will take place on Monday, May 7, at 2:00 pm at the FBI's Oakland Resident Agency, 2101 Webster Street, Oakland CA 94607. See you then.

Does Mr. Spencer intend to comply with the court's decryption order? Julie asked you this on May 2, and we have not yet received a response.

Thanks,

Jonas

Jonas Lerman

Assistant United States Attorney

Northern District of California

415-436-7241

jonas.lerman@usdoj.gov

---

**From:** Lerman, Jonas (USACAN)
**Sent:** Thursday, May 3, 2018 2:09 PM
**To:** 'Chris Parkhurst' <parkhurstattorney@gmail.com>
**Cc:** Shannon Dorvall <shannondorvall@criminalattorney.com>; Hoffman, Hallie (USACAN) <HHoffman@usa.doj.gov>; Garcia, Julie (USACAN) <jgarcia3@usa.doj.gov>
**Subject:** RE: Spencer - order for immediate enforcement


Thanks, Chris. I'll send you further details soon.


Jonas


---

**From:** Chris Parkhurst <parkhurstattorney@gmail.com>
**Sent:** Thursday, May 3, 2018 1:36 PM
**To:** Lerman, Jonas (USACAN) <jlerman@usa.doj.gov>
**Cc:** Shannon Dorvall <shannondorvall@criminalattorney.com>; Hoffman, Hallie (USACAN) <HHoffman@usa.doj.gov>; Garcia, Julie (USACAN) <jgarcia3@usa.doj.gov>

**Subject:** Re: Spencer - order for immediate enforcement


Jonas,


I can be in Oakland at 2 PM on Monday or anytime thereafter.


Chris Parkhurst

LAW OFFICE OF

CHRISTOPHER PARKHURST

1007 7th Street, Suite 302

Sacramento, CA 95814

Tel (916) 277-8299


On Thu, May 3, 2018 at 12:25 PM, Lerman, Jonas (USACAN) <Jonas.Lerman@usdoj.gov> wrote:

Chris,


The government intends to bring Mr. Spencer to the Oakland FBI office on Monday afternoon, May 7, to decrypt the devices. You said that you can be available on Monday afternoon, and we have not heard back from you since Julie sent her last email yesterday.


If you have a preferred time on Monday afternoon, please let me know as soon as possible. Otherwise, I will let you know the exact time of the meeting once I've finished coordinating with the Marshals and FBI.


At Monday's meeting, we will not question Mr. Spencer but will expect him to decrypt the devices, as required under Judge Breyer's orders. The meeting will be videotaped.


Thanks,

Jonas


Jonas Lerman

Assistant United States Attorney

Northern District of California

415-436-7241

jonas.lerman@usdoj.gov

**From:** Garcia, Julie (USACAN)
**Sent:** Wednesday, May 2, 2018 4:59 PM
**To:** Chris Parkhurst <parkhurstattorney@gmail.com>
**Cc:** Shannon Dorvall <shannondorvall@criminalattorney.com>; Hoffman, Hallie (USACAN) <HHoffman@usa.doj.gov>;
Lerman, Jonas (USACAN) <jlerman@usa.doj.gov>
**Subject:** Re: Spencer - order for immediate enforcement

Chris,

I'm checking with the FBI agents and will let you know. To be clear, does the defendant intend to comply
with the Court's order at that time?

Thanks,

Julie

On May 2, 2018, at 4:46 PM, Chris Parkhurst <parkhurstattorney@gmail.com> wrote:

    Julie,

    I can be available on May 7,  Monday afternoon. Will that work?

    Chris

    On Wed, May 2, 2018, 3:31 PM Garcia, Julie (USACAN) <Julie.Garcia@usdoj.gov> wrote:

        Shannon,

        I didn't hear back from you one way or the other.  It is now too late to coordinate with the
        USMS to have Mr. Spencer brought in tomorrow, so please let me know which date Mr.
        Spencer intends to come in.  I need advance notice to coordinate with the USMS and FBI.

Please also cc Jonas Lerman (cc'd here) on any future correspondence.  As you know, I am going to be out of the country starting tomorrow, and he will be helping to cover the case in my absence.

Julie

**Julie D. Garcia**

Tel: (415) 436-6758 | Fax: (415) 436-7234

Julie.Garcia@usdoj.gov

---

**From:** Garcia, Julie (USACAN)
**Sent:** Wednesday, May 2, 2018 10:47 AM
**To:** 'Shannon Dorvall' <ShannonDorvall@criminalattorney.com>
**Cc:** Chris Parkhurst <parkhurstattorney@gmail.com>; Hoffman, Hallie (USACAN) <HHoffman@usa.doj.gov>
**Subject:** RE: Spencer - order for immediate enforcement

Hi Shannon,

The Court's order only prevents the government from using evidence of the fact that Mr. Spencer decrypted the devices; it did not grant full derivative-use immunity.  We intend to use the contents of the decrypted devices against Mr. Spencer.

Please let me know as soon as possible which day Mr. Spencer will be coming in to decrypt the devices or whether he is refusing to comply with the Court's order.  I have to confirm with the USMS by 1 pm today in order for Mr. Spencer to be brought in tomorrow.

Julie

**Julie D. Garcia**

Tel: (415) 436-6758 | Fax: (415) 436-7234

Julie.Garcia@usdoj.gov

**From:** Shannon Dorvall <ShannonDorvall@criminalattorney.com>
**Sent:** Wednesday, May 2, 2018 10:11 AM
**To:** Garcia, Julie (USACAN) <jgarcia3@usa.doj.gov>
**Cc:** Chris Parkhurst <parkhurstattorney@gmail.com>; Hoffman, Hallie (USACAN)
<HHoffman@usa.doj.gov>
**Subject:** Re: Spencer - order for immediate enforcement


Hi Julie,


As you know, the court granted use of production immunity to Mr. Spencer.   Based on case
law, we believe that will extend to derivative use as well.   If Mr. Spencer has immunity for
both the act of production and the contents or derivative use, he will decrypt his
devices.   Once that issue is settled or clarified, he can make an informed decision about
whether to decrypt the devices.


Does the AUSA's office have a position on immunity?


Mr. Parkhurst will be the attorney accompanying Mr. Spencer to the Marshals but I am not
sure if he can make it tomorrow.   He may need to schedule another day within the 7 days.


Thanks!

Shannon Dorvall


On May 2, 2018, at 9:40 AM, Garcia, Julie (USACAN) <Julie.Garcia@usdoj.gov> wrote:

> Shannon,
>
>
> Please let me know as soon as possible if you do not intend for Mr. Spencer to
> decrypt his devices tomorrow, **May 3, 2018**, as I have to coordinate with the
> U.S. Marshals Service to have him brought in.  If I don't hear from you by 1
> pm, I will assume that we are on for tomorrow and will instruct the USMS
> accordingly.

Thank you,

Julie


**Julie D. Garcia**

Tel: (415) 436-6758 | Fax: (415) 436-7234

Julie.Garcia@usdoj.gov


---

**From:** Garcia, Julie (USACAN)
**Sent:** Tuesday, May 1, 2018 1:10 PM
**To:** 'Shannon Dorvall' <ShannonDorvall@criminalattorney.com>
**Cc:** 'Chris Parkhurst' <parkhurstattorney@gmail.com>; Hoffman, Hallie (USACAN) <HHoffman@usa.doj.gov>
**Subject:** RE: Spencer - order for immediate enforcement


My apologies:  I meant that we expect you to be there on **Thursday, May 3, 2018** (not May 2).


Thanks,
Julie


**Julie D. Garcia**

Tel: (415) 436-6758 | Fax: (415) 436-7234

Julie.Garcia@usdoj.gov


---

**From:** Garcia, Julie (USACAN)
**Sent:** Tuesday, May 1, 2018 1:03 PM
**To:** 'Shannon Dorvall' <ShannonDorvall@criminalattorney.com>
**Cc:** 'Chris Parkhurst' <parkhurstattorney@gmail.com>; Hoffman, Hallie (USACAN) <HHoffman@usa.doj.gov>
**Subject:** RE: Spencer - order for immediate enforcement

Shannon,

Per my email below, the government expects that you will be present at the FBI's office in Oakland on **Thursday, May 2, 2018**, to accompany Mr. Spencer while he decrypts the devices in accordance with the Court's decryption order.  If this date will <u>not</u> work for you, please let me know <u>immediately</u> and provide a date within seven days of the Court's enforcement order (i.e., on or before May 8, 2018) when Mr. Spencer will decrypt his devices.

If Mr. Spencer does not comply with the Court's decryption order by May 8, 2018, the government intends to move to have him held in contempt of court.

Please cc Hallie Hoffman (cc'd here) on future communications, as I will be out of the country from 5/3 to 5/11, and she will be covering for me during that time.

Julie

**Julie D. Garcia**

Tel: (415) 436-6758 | Fax: (415) 436-7234

[Julie.Garcia@usdoj.gov](mailto:Julie.Garcia@usdoj.gov)

---

**From:** Garcia, Julie (USACAN)
**Sent:** Tuesday, May 1, 2018 10:39 AM
**To:** 'Shannon Dorvall' <[ShannonDorvall@criminalattorney.com](mailto:ShannonDorvall@criminalattorney.com)>
**Cc:** Chris Parkhurst <[parkhurstattorney@gmail.com](mailto:parkhurstattorney@gmail.com)>
**Subject:** RE: Spencer - order for immediate enforcement

Hi Shannon,

To be clear, are you representing that Mr. Spencer refuses to comply with the Court's decryption order (Dkt. 83)? If so, I think we should put this on Judge Breyer's calendar tomorrow so that Mr. Spencer can make that representation directly to the Court.

Julie

**Julie D. Garcia**

Tel: (415) 436-6758 | Fax: (415) 436-7234

Julie.Garcia@usdoj.gov

---

**From:** Shannon Dorvall <ShannonDorvall@criminalattorney.com>
**Sent:** Tuesday, May 1, 2018 9:18 AM
**To:** Garcia, Julie (USACAN) <jgarcia3@usa.doj.gov>
**Cc:** Chris Parkhurst <parkhurstattorney@gmail.com>
**Subject:** Re: Spencer - order for immediate enforcement

Hi Julie,

Do you need him to decline directly to the Marshals or is through counsel sufficient?

Shannon Dorvall

On May 1, 2018, at 9:06 AM, Garcia, Julie (USACAN) <Julie.Garcia@usdoj.gov> wrote:

> Hi Shannon and Chris,
>
> The FBI wants to do it on Thursday. Please let me know ASAP if you are unable to do that day, as I will have to coordinate with the USMS to have Mr. Spencer brought in.

Thanks,
Julie


**Julie D. Garcia**

Tel: (415) 436-6758 | Fax: (415) 436-7234

Julie.Garcia@usdoj.gov


---

**From:** Garcia, Julie (USACAN)
**Sent:** Tuesday, May 1, 2018 8:08 AM
**To:** 'Shannon Dorvall'
<ShannonDorvall@criminalattorney.com>; 'Chris Parkhurst'
<parkhurstattorney@gmail.com>
**Subject:** Spencer - order for immediate enforcement


Hi Shannon and Chris,


As you have likely seen, the Court just entered an order for
immediate enforcement of the decryption order, so Mr. Spencer
will have to come in to decrypt the devices within the next
week.  It's too late for the Marshals to bring him today, so we
can pick a date within the next week that works for you and the
agents.  I'm checking with the agents now on their schedule, but
could you please let me know which days work for you?


Thanks,

Julie


**Julie D. Garcia**

Assistant U.S. Attorney

Northern District of California

450 Golden Gate Ave. | San Francisco, CA 94102

Tel: (415) 436-6758 | Fax: (415) 436-7234

Julie.Garcia@usdoj.gov