IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RYAN MICHAEL SPENCER,<br>Defendant. | Case No. 17-cr-00259-CRB-1<br><br>**ORDER TO SHOW CAUSE** |

In light of the government's Motion (dkt. 87), Defendant Ryan Michael Spencer is ORDERED TO SHOW CAUSE why he should not be held in civil contempt for refusing to comply with the Court's Order Denying Relief from Order of Magistrate Judge (dkt. 83) and its Order Granting United States' Motion for Immediate Enforcement of Decryption (dkt. 85). The Court SETS a show cause hearing on <u>Tuesday, May 15, 2018, at 2:00 P.M.</u> The Court further ORDERS the United States Marshals Service to produce the defendant at the hearing.

**IT IS SO ORDERED.**

Dated: May 9, 2018

CHARLES R. BREYER
United States District Judge