ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JULIE D. GARCIA (CABN 288624)
JONAS LERMAN (CABN 274733)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    Fax: (415) 436-7234
    Julie.Garcia@usdoj.gov
    Jonas.Lerman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 17-259 CRB-2 |
| Plaintiff, | UNITED STATES' REPLY IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT RYAN MICHAEL SPENCER SHOULD NOT BE HELD IN CIVIL CONTEMPT |
| v. | |
| RYAN MICHAEL SPENCER, | Date: May 15, 2018, at 2:00 pm |
| Defendant | Court: Hon. Charles R. Breyer |

1    The United States hereby submits in support of its Motion for Order to Show Cause Why

2  Defendant Ryan Michael Spencer Should not be Held in Civil Contempt, and in reply to the defendant's

3  opposition brief filed today, the Declaration of Julie D. Garcia attached to this filing as Exhibit A.

4

5  DATED: May 14, 2018                                    Respectfully submitted,

6                                                          ALEX G. TSE
                                                           Acting United States Attorney
7

8                                                          _____/s/_____

9                                                          JULIE D. GARCIA
                                                           JONAS LERMAN
10                                                         Assistant United States Attorneys

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REPLY IN SUPPORT OF MOT. FOR ORDER TO SHOW CAUSE RE: CONTEMPT
No. CR 17-259 CRB-2