IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>RYAN MICHAEL SPENCER,<br>　　　　Defendant. | Case No. 17-cr-00259-CRB-1<br><br>**ORDER HOLDING DEFENDANT IN CIVIL CONTEMPT AND IMPOSING SANCTIONS** |

The Court held a show cause hearing on Tuesday, May 15, 2018, regarding why Defendant Ryan Michael Spencer should not be held in civil contempt for refusing to comply with the Court's Order Denying Relief from Order of Magistrate Judge (dkt. 83) and its Order Granting United States' Motion for Immediate Enforcement of Decryption (dkt. 85). See OSC (dkt. 88). At the hearing, the government met its burden, demonstrating that (1) Defendant violated the Court's orders; (2) beyond substantial compliance; (3) not based on a good faith and reasonable interpretation of the orders; and (4) by clear and convincing evidence. See United States v. Bright, 596 F.3d 683, 694 (9th Cir. 2010). Defendant then failed to demonstrate why he was unable to comply with the Court's orders. See United States v. Ayres, 166 F.3d 991, 994 (9th Cir. 1999).

Accordingly, the Court HOLDS Defendant in civil contempt until he decrypts the three electronic devices at issue in this case. The Court further IMPOSES on Defendant a sanction of $1,000 a day, effective May 15, 2018, which will continue until Defendant decrypts the three electronic devices at issue in this case. Payment shall be made to the Clerk of the U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box

36060, San Francisco, CA, 94102.

**IT IS SO ORDERED.**

Dated: May 16, 2018


CHARLES R. BREYER
United States District Judge