# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

FILED

MAY 3 1 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RYAN MICHAEL SPENCER,

CR 17-259 CRB-2

DEFENDANT(S).

---

## SUPERSEDING INDICTMENT

18 U.S.C. § 2252(a)(2) and (b)(1) - Conspiracy to Distribute and Receive Child Pornography;
18 U.S.C. § 2251(a) - Production of Child Pornography;
18 U.S.C. § 2252(a)(2) - Distribution of Child Pornography;
18 U.S.C. § 2552(a)(2) - Receipt of Child Pornography;
18 U.S.C. § 2552(a)(4)(B) - Possession of Child Pornography;
18 U.S.C. § 401(3) - Contempt of Court;
18 U.S.C. § 2253(a)(1) and (a)(3) - Criminal Forfeiture

---

A true bill.

_Linda Toe_
Foreman

Filed in open court this ___31st___ day of
___May, 2018___.

_Karen L. Hom_

KAREN L. HOM
Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ ___no proan___

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☒ SUPERSEDING

--- OFFENSE CHARGED ---

See Attachment A.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: See Attachment B.

--- Name of District Court, and/or Judge/Magistrate Location ---

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

FILED

--- DEFENDANT - U.S ---

▶ Ryan Michael Spencer

MAY 3 1 2018

SUSAN Y. SOONG
DISTRICT COURT NUMBER CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 17-259 CRB-2

--- PROCEEDING ---

Name of Complaintant Agency, or Person (& Title, if any)

**FBI**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

17-mj-70643

Name and Office of Person
Furnishing Information on this form _____ Alex G. Tse

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned) _____ Julie D. Garcia

--- DEFENDANT ---

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes  } If "Yes"
been filed?  ☐ No  } give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY _____

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

Bail Amount: no bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____  Before Judge: _____

Comments:

**FILED**

MAY 3 1 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Attachment A to Penalty Sheet**
**Ryan Michael Spencer – CR 17-259 CRB-2**

**Offenses Charged**

18 U.S.C. § 2252(a)(2) and (b)(1) – Conspiracy to Distribute and Receive Child Pornography;

18 U.S.C. § 2251(a) – Production of Child Pornography (Two Counts);

18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography (Two Counts);

18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography;

18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography;

18 U.S.C. § 401(3) – Contempt of Court;

18 U.S.C. § 2253(a) – Criminal Forfeiture

**Maximum Penalties**

FILED

MAY 3 1 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## 18 U.S.C. § 2252(a)(2) and (b)(1) – Conspiracy to Distribute and Receive Child Pornography

- Maximum prison term             20 years
- Minimum prison term             5 years
- Maximum fine             $250,000
- Maximum supervised release term        Life
- Minimum supervised release term        5 years
- Mandatory special assessment        $100 plus $5,000
- Restitution
- Forfeiture

## 18 U.S.C. § 2251(a) – Production of Child Pornography

- Maximum prison term             30 years
- Minimum prison term             15 years
- Maximum fine             $250,000
- Maximum supervised release term        Life
- Minimum supervised release term        5 years
- Mandatory special assessment        $100 plus $5,000
- Restitution
- Forfeiture

## 18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography

- Maximum prison term             20 years
- Minimum prison term             5 years
- Maximum fine             $250,000
- Maximum supervised release term        Life
- Minimum supervised release term        5 years
- Mandatory special assessment        $100 plus $5,000
- Restitution
- Forfeiture

//

//

//

//

//

**18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography**

- Maximum prison term                        20 years
- Minimum prison term                        5 years
- Maximum fine                               $250,000
- Maximum supervised release term            Life
- Minimum supervised release term            5 years
- Mandatory special assessment               $100 plus $5,000
- Restitution
- Forfeiture

**18 U.S.C. § 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography**

- Maximum prison term                        20 years
- Maximum fine                               $250,000
- Maximum supervised release term            Life
- Minimum supervised release term            5 years
- Mandatory special assessment               $100 plus $5,000
- Restitution
- Forfeiture

**18 U.S.C. § 401(3) – Contempt of Court**

- Maximum prison term                        To be determined by the Court
- Maximum fine                               To be determined by the Court
- Mandatory special assessment               $100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ALEX G. TSE (CABN 152348)
Acting United States Attorney

FILED

MAY 3 1 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 17-259-CRB-2 |
|---|---|
| Plaintiff, | ) |
| | ) <u>VIOLATIONS:</u> |
| | ) 18 U.S.C. § 2252(a)(2) and (b)(1) – Conspiracy to |
| v. | ) Distribute and Receive Child Pornography; |
| | ) 18 U.S.C. § 2251(a) – Production of Child |
| RYAN MICHAEL SPENCER, | ) Pornography (Two Counts); |
| | ) 18 U.S.C. § 2252(a)(2) – Distribution of Child |
| Defendant. | ) Pornography (Two Counts); |
| | ) 18 U.S.C. § 2252(a)(2) – Receipt of Child |
| | ) Pornography; |
| | ) 18 U.S.C. § 2252(a)(4)(B) – Possession of Child |
| | ) Pornography; |
| | ) 18 U.S.C. § 401(3) – Contempt of Court; |
| | ) 18 U.S.C. § 2253(a)(1) and (a)(3) – Criminal |
| | ) Forfeiture |
| | ) |
| | ) SAN FRANCISCO VENUE |
| | ) |

S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury charges:

<u>COUNT ONE:</u>        (18 U.S.C. § 2252(a)(2) and (b)(1) – Conspiracy to Distribute and Receive Child
                Pornography)

Beginning on a date unknown, but no later than in or about March 2016 and continuing through

on or about April 26, 2017, in the Northern District of California, and elsewhere, the defendant,

SUPERSEDING INDICTMENT

RYAN MICHAEL SPENCER,

did conspire and agree with Bryan Petersen and others known and unknown to the grand jury to knowingly distribute and receive any visual depiction using a means and facility of interstate and foreign commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign commerce, and which contained materials that have been so mailed, shipped and transported, by any means including by computer, and the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

COUNT TWO:        (18 U.S.C. § 2251(a) – Production of Child Pornography)

Beginning on a date unknown, but no later than on or about April 5, 2017, in the Northern District of California, the defendant,

RYAN MICHAEL SPENCER,

did employ, use, persuade, induce, entice, and coerce any minor, known here as Minor 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically, the image with MD5 hash value 30ab41acc6bf24ef52ec4965d86ae8e2, and which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a).

COUNT THREE:     (18 U.S.C. § 2251(a) – Production of Child Pornography)

Beginning on a date unknown, but no later than on or about April 6, 2017, in the Northern District of California, the defendant,

RYAN MICHAEL SPENCER,

did employ, use, persuade, induce, entice, and coerce any minor, known here as Minor 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically, the image with MD5 hash value 162f013b2b7850ce51cdd84d27778a11, and which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a).

SUPERSEDING INDICTMENT                    2

COUNT FOUR:     (18 U.S.C. § 2252(a)(2) and (b)(1) – Distribution of Child Pornography)

On or about April 5, 2017, in the Northern District of California, and elsewhere, the defendant,

RYAN MICHAEL SPENCER,

did knowingly distribute a visual depiction, to wit, the image with MD5 hash value 30ab41acc6bf24ef52ec4965d86ae8e2, using a means and facility of interstate and foreign commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign commerce, and which contained materials that have been so mailed, shipped and transported, by any means including by computer, and the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

COUNT FIVE:     (18 U.S.C. § 2252(a)(2) and (b)(1) – Distribution of Child Pornography)

On a date unknown, but no earlier than in or about August 2017, and no later than in or about December 2017, in the Northern District of California, and elsewhere, the defendant,

RYAN MICHAEL SPENCER,

did knowingly distribute visual depictions, to wit: images and videos contained on one Transcend 1TB portable hard drive with serial number FYF675AE1NXQ-DW, using a means and facility of interstate and foreign commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign commerce, and which contained materials that have been so mailed, shipped and transported, by any means including by computer, and the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

COUNT SIX: (18 U.S.C. § 2252(a)(2) and (b)(1) – Receipt of Child Pornography)

On or about April 2, 2017, in the Northern District of California, and elsewhere, the defendant,

RYAN MICHAEL SPENCER,

did knowingly receive a visual depiction, to wit, the image file with MD5 hash value 5bdd44945bfd8dd7bd67cf8e9904b3e3, using a means and facility of interstate and foreign commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign commerce, and which contained materials that have been so mailed, shipped and transported, by any means

SUPERSEDING INDICTMENT                3

including by computer, and the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

COUNT SEVEN:     (18 U.S.C. § 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography)

Beginning on a date unknown, but continuing through on or about April 26, 2017, in the Northern District of California, the defendant,

RYAN MICHAEL SPENCER,

did knowingly possess matter which contained at least one visual depiction that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and that was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by a means and facility of interstate and foreign commerce, including by computer, to wit: images and videos contained on one Apple iPhone 7, one Transcend 1TB portable hard drive with serial number C842472715, one Motorola Droid X cellular phone, and one Alienware laptop, the production of which involved the use of a minor who had not attained 12 years of age engaging in sexually explicit conduct, which visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

COUNT EIGHT:     (18 U.S.C. § 401(3) – Contempt of Court)

On or about May 15, 2018, in the Northern District of California, the defendant,

RYAN MICHAEL SPENCER,

did willfully and knowingly disobey and resist a lawful order of a Court of the United States, that is, the order issued by the Honorable Charles R. Breyer, United States District Court Judge, on April 26, 2018, in the Northern District of California, in the case of *United States v. Ryan Michael Spencer*, Case No. CR 17-259 CRB-2, by refusing to comply with the Court's order to decrypt and unlock three electronic devices seized from his residence pursuant to a search warrant, in violation of Title 18, United States Code, Section 401(3).

//

//

//

FORFEITURE ALLEGATION:     (18 U.S.C. § 2253(a) – Forfeiture)

1.     The allegations contained in Counts One through Seven of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

2.     Pursuant to Title 18, United States Code, Section 2253, upon conviction of any of the offenses alleged in Counts One through Seven, the defendant,

RYAN MICHAEL SPENCER,

shall forfeit to the United States of America:

a.     Any visual depiction described in Title 18, United States Code, Sections 2251 or 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b.     Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c.     Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3.     The property to be forfeited includes, but is not limited to, the following items seized from the defendant on or about April 27, 2017:

a.     One (1) Apple iPhone 7, model A1660, S/N F72SDRNGHG71;

b.     One (1) Transcend 1TB portable hard drive, S/N C842472715;

c.     One (1) Motorola Droid X cellular phone, S/N DLXH3A4JDJ8V;

d.     One (1) Alienware laptop, model P42F, S/N 451PM32.

4.     If any of the property described above, as a result of any act or omission of the defendant:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the court;

d.     has been substantially diminished in value; or

SUPERSEDING INDICTMENT                    5

1         e.     has been commingled with other property which cannot be divided without

2              difficulty;

3 the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

4 United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b)

5 and by Title 28, United States Code, Section 2461(c).

7 DATED:  5-31-18                    A TRUE BILL.

9                                       _____

                                      FOREPERSON

11 ALEX G. TSE
   Acting United States Attorney

13 _____

14 DANIEL KALEBA
   Deputy Chief, Criminal Division

17 (Approved as to form: _____ )
               AUSA JULIE D. GARCIA

SUPERSEDING INDICTMENT         6