ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JULIE D. GARCIA (CABN 288624)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-7234
    Julie.Garcia@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RYAN MICHAEL SPENCER, <br><br> Defendant | CASE NO. CR 17-259 CRB-2 <br><br> STIPULATION AND [PROPOSED] ORDER AND JUDGMENT ON CIVIL CONTEMPT |

**STIPULATION**

On May 16, 2018, the Court issued an Order holding defendant Ryan Michael Spencer in civil contempt of court for refusing to comply with the Court's Order Denying Relief from Order of Magistrate Judge (Dkt. 83) and its Order Granting United States' Motion for Immediate Enforcement of Decryption Order (Dkt. 85). Dkt. 93. The Court held the defendant in civil contempt "until he decrypts the three electronic devices at issue in this case" and imposed on the defendant "a sanction of $1,000 a day, effective May 15, 2018," to continue until the defendant complied with the Court's Orders by decrypting the devices. *Id.* at 1.

On June 6, 2018, the defendant unlocked and decrypted the three devices at issue. Accordingly, the parties now stipulate and jointly request that the Court issue an Order lifting, effective June 6, 2018, its Order holding the defendant in civil contempt. The parties further stipulate that the Court's Order should impose a sanction totaling $22,000 for the twenty-two days from May 15, 2018, to June 5, 2018 (inclusive), during which the defendant remained in contempt of the Court's Orders.

IT IS SO STIPULATED.

DATED: June 14, 2018

ALEX G. TSE
Acting United States Attorney

/s/
JULIE D. GARCIA
Assistant United States Attorney

DATED: June 14, 2018

/s/
CHRISTOPHER PARKHURST
SHANNON DORVALL
Counsel for Defendant
RYAN SPENCER

|   |                                    |
|---|------------------------------------|
| 1 | [PROPOSED] **ORDER AND JUDGMENT**  |

# ~~[PROPOSED]~~ ORDER AND JUDGMENT

On May 16, 2018, the Court issued an Order holding defendant Ryan Michael Spencer in civil contempt of court for refusing to comply with the Court's Order Denying Relief from Order of Magistrate Judge (Dkt. 83) and its Order Granting United States' Motion for Immediate Enforcement of Decryption Order (Dkt. 85). Dkt. 93. The Court held the defendant in contempt "until he decrypts the three electronic devices at issue in this case," and imposed on the defendant "a sanction of $1,000 a day, effective May 15, 2018," to continue until the defendant complied with the Court's Orders by decrypting the devices. *Id.* at 1.

The parties agree that on June 6, 2018, the defendant unlocked and decrypted the three devices at issue. Accordingly, the Court FINDS that, as of June 6, 2018, the defendant is no longer in contempt of the Court's Orders requiring him to decrypt the devices.

Based on the above findings, IT IS HEREBY ORDERED:

1. Effective June 6, 2018, defendant Ryan Michael Spencer is no longer in contempt of this Court's Order Denying Relief from Order of Magistrate Judge (Dkt. 83) or of this Court's Order Granting United States' Motion for Immediate Enforcement of Decryption Order (Dkt. 85).

2. Judgment is entered in favor of the United States and against the defendant in the amount of $22,000, plus interest from the date of entry of judgment as provided by law until paid in full. Payment shall be made to the Clerk of the U.S. District Court, Attention: Financial Unit: 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

IT IS SO ORDERED.

DATED: June 19, 2018

_____
HON. CHARLES R. BREYER
Senior United States District Judge