ANDREW CROCKER (SBN 291596)
andrew@eff.org
JAMIE L. WILLIAMS (SBN 279046)
jamie@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:  (415) 436-9333
Fax:  (415) 436-9993

*Counsel for Amicus Curiae*
*Electronic Frontier Foundation*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> v. <br> RYAN MICHAEL SPENCER, | Case No. 3:17-cr-00259-CRB <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

TO THE COURT AND ALL ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT Mark Rumold (State Bar No. 279060), mark@eff.org, is no longer counsel of record for Electronic Frontier Foundation in this matter. Andrew Crocker and Jamie Williams remain counsel of record for Amicus Curiae Electronic Frontier Foundation and should continue to receive all notices, correspondence, and pleadings.

Dated: August 10, 2018

By: /s/ Mark Rumold

ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109

*Attorneys for Amicus Curiae*
*Electronic Frontier Foundation*