Shannon M. Dorvall   CA SBN 241589
Imhoff & Associates, P.C.
12424 Wilshire Blvd., Ste 700
Los Angeles, CA  90025
Phone:  (310) 315-1100
Fax:  (310) 315-1152
shannondorvall@criminalattorney.com

Attorney for Ryan Michael Spencer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>RYAN MICHAEL SPENCER,<br><br>          Defendant | Case No.: 3:17-cr-00259-CRB-2<br><br>STIPULATION TO CONTINUE AND EXCLUDE TIME AND [PROPOSED] ORDER |

## **STIPULATION**

The parties are set for a status conference in the above-captioned matter on September 21, 2018 at 1:30 pm.  For the reasons below, the parties now stipulate and respectfully request that the status conference be continued, to October 10, 2018, at 1:30 pm, or as soon thereafter as is convenient for the Court.

The parties are in the process of resolving the case without trial and need

STIPULATION TO CONTINUE AND EXCLUDE TIME AND [PROPOSED] ORDER - 1
CASE NO. CR 17-259-CRB-2

additional time to prepare the appropriate paperwork.  The tentative proposed plea agreement was sent to defense counsel on September 19, 2018.  Language related to restitution is still being finalized and defense counsel needs time to review the documents in person with Mr. Spencer.

Accordingly, the parties respectfully request that the hearing be continued to October 10, 2018, by which point the parties anticipate having the case resolved and ready for a change of plea.

The parties further stipulate and agree that the time between September 21, 2018 and October 10, 2018 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ d 3161(h)(7)(A) and (h)(7)(B), relating to the effective preparation of counsel.  In particular, defense counsel requires additional time to meet with Mr. Spencer to discuss the plea agreement.  Accordingly, the parties believe that it is appropriate to exclude time between September 21, 2018, and October 10, 2018.

IT IS SO STIPULATED.

DATED:  September 20, 2018

ALEX G. TSE
United States Attorney

/s/
JULIE D. GARCIA
Assistant United States Attorney

DATED:  September 20, 2018

/s/
CHRISTOPHER PARKHURST
SHANNON DORVALL
Counsel for Defendant
RYAN SPENCER

STIPULATION TO CONTINUE AND EXCLUDE TIME AND [PROPOSED] ORDER - 2
CASE NO. CR 17-259-CRB-2

## **[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the status conference set for September 21, 2018, in the above-captioned matter be continued to October 10, 2018 at 1:30 pm.  The Court finds that the circumstances warrant the exclusion of the period from September 21, 2018 through October 10, 2018, from the time limits applicable under 18 U.S.C. § 3161; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: _____
HON.  CHARLES BREYER
United States District Judge

STIPULATION TO CONTINUE AND EXCLUDE TIME AND [PROPOSED] ORDER - 3
CASE NO. CR 17-259-CRB-2