# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date: October 10, 2018                    Judge: Honorable Charles R. Breyer

Court Reporter: Vicki Eastvold
Time: 22 Minutes
Case No.: CR17-0259-2
Case Name: USA v. Ryan Michael Spencer (Present)(Custody)

Attorney(s) for Government: Julie Garcia
Attorney(s) for Defendant(s): Chris Parkhurst
Interpreter: N/A
Probation Officer: N/A

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Defendant was sworn. Plea Agreement signed and filed in open court. Defendant plead guilty to Count(s) 1 through 8 of the Superseding Indictment. Sentencing hearing set for February 20, 2019 at 10:00 a.m. Defendant remanded to the U. S. Marshal.