1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division

4  JULIE D. GARCIA (CABN 288624)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-6758

7      FAX: (415) 436-7234
       Julie.Garcia@usdoj.gov

8

   Attorneys for United States of America

9

10                          UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

                            SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,                )  CASE NO. CR 17-259 CRB-2
                                             )
14         Plaintiff,                        )
                                             )
15     v.                                    )  **STIPULATION RE RESTITUTION TO**
                                             )  **VICTIMS IDENTIFIED IN NCMEC REPORT**
16  RYAN MICHAEL SPENCER,                    )
                                             )
17         Defendant.                        )
                                             )
    _____ )

18

19

20         Defendant Ryan Michael Spencer pleaded guilty to various child pornography offenses on

21  October 10, 2018.  Defendant's sentencing hearing is currently set for May 17, 2019.

22         Several victims pictured in the child pornography possessed and distributed by the defendant

23  have submitted restitution claims.  Having considered the factors set out in *Paroline v. United States*,

24  572 U.S. 434, 460 (2014), the parties, to conserve judicial resources, bring about a speedy resolution of

25  this matter, and avoid further litigation of these claims, agree that these victims' claims for restitution

26  should be settled for the amounts set forth below.

27         NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE that the Court, at the

28  defendant's sentencing hearing, should enter an order for restitution in the following amounts to the

STIPULATION RE RESTITUTION TO VICTIMS IDENTIFIED BY NCMEC
CASE NO. CR 17-259 CRB-2                      1

victims identified by the following pseudonyms:

| Series | Victim(s) | Restitution Award |
|--------|-----------|-------------------|
| Feb212 | "Donatello" | $1,000 |
| Jenny | "Jenny" | $250 |
| Surfer Hair | "Jessy" | $1,500 |
| SpongeB | "Andy" | $1,500 |
| RapJerseys | "Kauzie" | $1,000 |
| Sweet Sugar | "Pia" | $250 |
| Rap72 | "Jack" | $1,000 |
| Tara | "Tara" | $250 |
| Honeycomb | "Matthew" | $3,000 |

The parties further stipulate and agree that nothing in this Stipulation shall affect restitution requests that may be submitted by other victims in this case.


SO STIPULATED:                                        DAVID L. ANDERSON
                                                      United States Attorney


DATED:  April 17, 2019                                    _____/s/_____
                                                      JULIE D. GARCIA
                                                      Assistant United States Attorney


DATED:  April 17, 2019                                    _____/s/_____
                                                      SHANNON DORVALL
                                                      CHRISTOPHER PARKHURST
                                                      Attorneys for Defendant