To the Honorable United States District Court Judge Charles Breyer:

Honorable Judge Breyer,

I'm writing on behalf of Ryan Spencer, the son by marriage of my deceased best friend, ███████
███████ (who was Ryan's stepfather). My name is ███████ and I'm a research editor
who translates scientific reports for broader audiences. I've known Ryan since 2008, roughly
when my friend ███████ Ryan's mother. I came to know Ryan as I grew to
know ███ beginning when he was about 12.

After Ryan's arrest ███ shared with me that by that age, Ryan had already been sexually
abused by a person not party to this case. That was a prelude to the later manipulation he
suffered at the hands of ███████, the defendant whose arrest led to Ryan's arrest.

My understanding is that ███████, five years Ryan's senior, met him several years before Ryan
turned 18. Given the facts of ███████ case and the bad acts he pleaded guilty to, it's safe to
assume that ███████ helped propel Ryan along the trajectory that brings him to you today.
Given his age differential with Ryan, ███████ influence on Ryan is relevant to the facts we
now know.

I take note of the fact that Ryan was only just in the age of majority at the time of his arrest. It's
my opinion that while he was still a minor, Ryan was subjected to abuse and malign influence
that contributed to his own propensity for the bad acts he is pleading guilty to. While Ryan
apparently committed bad acts as a legal adult, the proximity of his 18th birthday to his arrest
date is difficult to ignore given the current state of knowledge on the cognitive development of
young men.

None of this absolves Ryan of responsibility for his actions. And Ryan has specifically told me he
accepts responsibility. He also has told me that he has real remorse for his actions. He wants to
someday be a productive member of society despite the difficult future he faces and the
trauma he has experienced and the bad acts he is pleading guilty to. Everyone's first priority
should be helping the victims of abuse. Ryan was both a perpetrator and a victim, so measuring
the appropriate punishment is an exercise in balancing.

Given that Ryan isn't absolved of responsibility for his actions, the question as to appropriate
punishment arises. I would request that the court look at Ryan's young age and history of
victimization in sentencing him. I urge the court to ensure that his period of punishment
includes treatment that helps Ryan deal with his history of trauma and manipulation. I don't
know what programs are available in the federal prison system, but I believe Ryan deserves
placement in an environment that isn't solely punitive.

Sincerely,



Feb. 16, 2019

To the Honorable United States District Court Judge Charles Breyer

Dear Judge Breyer:

I am writing on behalf of Ryan Spencer. I have been a friend of the Spencer family since 2014 when Ryan's brother    , and my son became best friends. His mother,    , has also become one of my closest friends and Ryan's stepsister,    , is a friend and former employee of mine. I consider them family and have been with them every step of the way as these series of tragic events has unfolded. They have experienced unimaginable pain over these last few years and even more so when they look towards Ryan's future life of incarceration.

I have had a close relationship with Ryan since we met back in 2014. Ryan helped me with opening my business in 2015. He enthusiastically helped me create my website and menus for my food business. He was very conscientious and frequently followed up in earnest with me regarding anything else he could help me with after our work was complete. I have seen Ryan interact with many different friends and family members and he has always been very kind and genuinely caring. I have seen him be very generous with his time and with gifts for those he loves. He has a love of learning and studying and has continued his education and reading while he has been in custody. He has always been very engaging with everyone he encounters regarding his studies.

That being said, I have also noticed in Ryan a social naiveness and awkwardness that has left him feeling disconnected from societal norms. I know he has struggled with being bullied in school since he was a child and was himself a victim of abuse at an early age. I believe this disconnection made him vulnerable to being manipulated for years by            , a man he trusted who was five years older than him. This same person who used and help cultivate and victimize Ryan at a young age also turned evidence against him in order to gain leniency. My understanding is that this relationship Ryan had with the defendant,         , had gone on for a few years while the FBI was surveilling        to gather evidence for their case against him. During this time Ryan was a minor, allowing him to be further manipulated while he was still young and unbeknownst to his mother and father. Ryan was 19 when he was arrested and barely out of high school.

I am not excusing Ryan's behaviour in this case, but I am imploring you as a mother myself and as a close friend of the family's, to please consider these factors when deciding on Ryan's fate. It is not enough to lock someone away at such a young age, but to please also leave him a glimmer of hope of a future along with treatment. Allowing him psychological assistance and counseling will also give him an opportunity to redeem his actions in someway and still be able to contribute to society upon his release.

I thank you so much for your time in reading this and allowing me the opportunity to show my love and support for Ryan and his family.



Dear Judge Breyer,

I am ███████, and my son ███, and Ryan were best friends since pre-school.  I live in ███ and work full time in contracts, compliance, and privacy for high tech.  I have been married for almost 25 years, have been a coach, a Girl Scout Leader, and still volunteer with young people.  I've closely observed the kids around me, not just my own kids, partly because of these kid's influence on my own.

Of all the kids that have come around, Ryan has always been my favorite.  He has spent the night at my house over 200 times through the years, has gone on our vacations, to church, to our birthday parties, and more.  He has always been polite and kind.  Ryan has been a good and loyal friend to Jake, especially when Jake was having issues with depression in junior high and high school.  He was amazing.  Ryan is a hard worker, working multiple jobs, and very proud of his accomplishments.  He had three people, including me, trying to get him to live with them when he said he would move back to ███ to go to ████.

Both ██ and Ryan were "quirky" kids.  Ryan sought to befriend older people and impress them.  Some found it endearing while others found it annoying.  He felt comfortable with adults and would hang around them.  He could be a bit odd but also smart, motivated, and sweet.

Ryan moved to ███ with his family when the boys were going into 5th grade but they remained close friends and spent time together when they could.   Both ██ and Ryan struggled to make new friends when Ryan moved, and Ryan had issues adjusting to all of the changes (new town, new family unit, new school, etc.)  He seemed to spend a lot of time online, especially during that time.  He was isolated in many ways, and somebody older got into his head during this time when he was young, vulnerable and impressionable.

Ryan's arrest was a shock.  I have spoken to my kids several times and both my son and my daughter never had *one* uncomfortable experience with him.  Nothing.  I also saw nothing, only good things - always.  Even now when my son has no reason to hold back information and is disturbed about Ryan's arrest, he has nothing bad to say about him.

I have chosen to remain in Ryan's life and to allow him to remain in mine because I know the soul of this kid.  I visit him about once/month and can tell he is going through a lot.  So many people grieve for him and pray for the court's compassion.

Ryan was a kid when this started and is still a kid.  Even with these charges, he has a strong support system, full of people who love him and believe in him, because they know "the whole Ryan".  I know he has realized the gravity of his actions and that he is committed to getting better.  He is fully committed to participate in any rehabilitation, on an ongoing basis, that is available.  Please, give the whole Ryan a chance to rehabilitate that portion of him that is sick, then to rejoin society within a humane time period.  I kindly ask you to consider the capacity of his young brain to rehabilitate, his strong desire to do so, and that severe punishment doesn't take a lot of years.

Sincerely,

███████

Honorable United States District Court Judge Charles Breyer,

I am Ryan's grandmother. He is my first of six grandchildren and I was present for his birth. Until he was five, when his mom and brothers moved to    I saw Ryan almost daily. It was during those early years we formed our close relationship. After they moved to    Ryan and his brothers came on weekends to visit with their father and stepmother. One year his father and stepmother decided to punish Ryan by severly restricting him from their house during those visits. I believe this situation had an adverse effect on Ryan's emotional wellbeing. He was barely a teenager at the time. Although it was a difficult situation, I believe it brought the two of us even closer together. He was dropped at my house and spent the majority of those weekends time wise with me. This went on for months. He was picked up when his brothers were returning to    It was painful to see him excluded from all family activities until they decided his punishment was over and he could stay in their home again.

Ryan decided to live with me in 2016 while he worked that summer at    and not his father's house. He again volunteered to stay with me when I had surgery until I was capable of being alone. During both of those stays Ryan was exceptionally attentive and caring. He would help me with meal preparation and household chores I couldn't do for myself. He would even call to check on me periodically during the day and evening when he had to be away, to ensure that I was ok. It was also his plan to live with me, while he attended    for his degree.

All through his teen years, Ryan would frequently surprise me and visit when he came to    to see his friend    We still remain close through his detention at    . He calls me frequently, we correspond via letters, and I visit with him every month.

For several years he volunteered his time, in the afternoon, to help prepare meals for families staying with their sick relatives at the local hospital. He, also, kept in touch with some of his old grade school teachers, in    and helped them out in their classroom. When his friend    was struggling with depression, he kept in contact with him and tried to help in any way he could according to    mother.    mother also visits with me at the detention center, which shows her strong support and belief in Ryan.

I know anyone can say that he is a kind, caring and a loving person but in my experience and observation he is. I am asking you to consider the young twenty-one year old young man who has the drive and ability to create a positive future without doing harm. That he understands what he has done was wrong and will not repeat any of the behavior that has led to his incarceration. I would be heartbroken to see his future disappear due to a long prison sentence.

Thank you,

August 18, 2018



To the Honorable United States District Court Judge Charles Breyer:

RE: Letter of Reference for Ryan Spencer

I am writing a letter of character to the court to support Ryan Spencer and to assist the Court in holding a more fully developed and wider view of him as a young man.

I will preface my letter with a brief introduction. My name is                    . I have been involved in the education of special needs children for over 40 years. I have tutored children in private schools, taught children in public schools, developed and administered the first independent living program for special needs students in California. I currently coach teachers in the classroom as a university supervisor for

I have known Ryan for over 10 years. My relationship with Ryan is personal. He, his brothers and his mother joined with                    and his daughter to create a blended family.         had been a part of my life since 1980. I have joined Ryan and his family for holiday dinners, helped him with his homework, and taken care of all the children at different times through the years. Ryan and I have cooked together, shopped for family groceries together, and discussed his goals and aspirations together, problem solved challenges at work and school. Since his arrest and incarceration my contact with Ryan has been on several video chats and phone conversations. We talked of things such as books he was reading, revisiting times when we cooked together or sharing what I was cooking for his brothers while at his home.

Ryan loved to cook and had plans to integrate his two major interests, technology and cooking by using the one to fund his continued education in the other field. At different times he had aspirations to become a chef. I have no doubt that if he directed his intention there he would be successful. Ryan is very intelligent, considerate and affectionate with his mother and loyal to his siblings. He demonstrated for me the capacity to be empathetic, supportive and responsible. I had occasion to observe his fulfill responsibilities around the house with no prompting, be responsible about being on time for his work responsibilities.

Ryan is a part of an extended family that I feel blessed to be a part of. In the sense of proportion for the acts that Ryan is accused of, his youth, the fact that he has no previous record, I feel that to incarcerate Ryan for an extended period of time is to essentially take away his entire adult life. His mother will be a senior citizen, his brothers and sisters will have completed college, had careers and families and he will not be a part of their lives, his maternal grandmother and I will most likely have passed without Ryan having any part of our lives. The consequences of an extended sentence not only affect Ryan's life but the lives of every member of his family.

As an educator who has dedicated my professional life to the growth, nurturing and protection of children, I understand the seriousness of Ryan's actions. I have also worked with young adults who show no remorse and who by their total focus upon "I want what I want" and lack of self-regulation pose a significant risk to their communities. I personally feel that a long incarceration does not serve the best interests of the community, of Ryan or of his family.

Ryan is a person who has something to contribute. He is bright, he has the capacity to care about others, he can contribute. While awaiting resolution of his case Ryan has demonstrated remorse for his actions and is committed to fully rehabilitate and be a productive member of society. He has been researching options for therapy, training and future schooling while incarcerated. He also completed a yearlong CBT class focused upon making good decisions/ and transforming impulsive behaviors to positive alternatives while in the detention center.

I ask the court to consider some combination of sentencing that allows for consequences for Ryan's very poor choices, and for the opportunity for Ryan to make amends and to contribute to society. I feel that this opportunity must be linked to some form of therapy and ongoing monitoring to ensure that Ryan does not become isolated. To incarcerate Ryan for an extended period of time is to me a waste: of Ryan's life, of taxpayer resources. For me long incarceration shows neither the justice nor mercy that I feel represents the best of our judicial system.

Thank you for considering this letter:

Respectfully,

To the Honorable United States District Court Judge Charles Breyer

Judge Breyer,

I am Ryan's great uncle and have been a part of his life from age 8 to 18. I have four children who are older than Ryan, have worked as a Boy Scout leader for 18 years and work as a physician in adult primary care. My wife, daughter and three sons have all enjoyed being with Ryan. From the first time we met him, he was always polite, engaging, curious, intellectual, and had a deep desire to learn. From a young age, loved to talk with people older than himself. He would always have a book in his hand to read when he did not have someone to talk with. We would spend days with him each year on the family camping trip to Yosemite where he would always help with the chores and showed he cared deeply about his brothers and sister. Ryan and his brothers stayed at our home for a week each summer for two years , and was a great kid to be around with an insatiable thirst for knowledge. He was delighted to get his first job and was very proud of his work ethic. He worked as often as he could and got additional jobs as soon as he could.

His parent's separation was very difficult for Ryan. Despite that, he maintained and deepened his relationships with us and with his grandmothers. When he was able to drive, he would visit more frequently and would talk about his goals and dreams for the future.

The crimes he is accused of are inconsistent with the Ryan we know and love. I feel deeply for the victims of these crimes. As a parent and scout leader, I was hypervigilant to protect my children from this. This is why the news of his arrest was one of the saddest and most disappointing moments of my life. It is hard to understand how a person so young and with so much promise and direction could have been led so far astray. Please consider Ryan's age and circumstances when this must have started.

We pray for the young victims of these crimes and their families. We also pray for compassion for Ryan.

Very truly yours,



September 3, 2018

Honorable United States District Court Judge Charles Breyer,

My name is ███████ and I am Ryan's aunt. I have known Ryan since the day he was born. I changed his diapers, read him stories, took him to movies, museums, and many other activities throughout the entirety of his childhood. I helped teach him how to drive and, on many occasions, discussed life and the nature of the world with him for hours on end. Other than my own son, I love Ryan more than any other child in my life. Maybe because he was my first nephew, or because of my deep love for his mother, my sister. Mostly though because I truly believe in the soul of my nephew lives a good and decent person.

I do know that Ryan used poor judgement with regards to his behavior and actions toward children in his care. The thing I want to emphasize is that he knows this. Every single month that Ryan has been in detention I have gone and visited him. There has never been a single time in any of those visits where he hasn't acknowledged the facts that led him to this situation and done anything but accept why he is in jail.

My nephew can be exceptionally kind. My mother lives almost two hours away from me and has had to have multiple joint replacement surgeries. The last two times she had surgeries before his incarceration Ryan stayed with her to help care for her. He never acted like this was a burden or that he should be compensated for his time. He did it purely out of love for my mother. The relief I felt knowing that he was there when I could not be cannot be overstated. This is a child who cut my mother's toenails because she couldn't reach them and changed the bandages over her incisions to ensure they stayed clean. He got up in the middle of the night to change out the melted ice packs for fresh ones to help keep the swelling down. How many teenagers are willing to do that for someone else?

This is not a child that should be locked up for the next twenty years. He has so much to offer the world and will contribute to society greatly if given a second chance. I believe he was targeted at a very young age by someone when he was lonely and vulnerable. Middle school age is a very impressionable time for children and he was slowly but surely over the course of several years influenced and led down a path that culminated in his arrest. If you put your hand in a pot of boiling water you will immediately pull it out, but if you put your hand in a pot of warm water that is heating slowly, you don't feel the pain or sense the danger fast enough. By the time your brain knows to pull your hand out, severe damage has already occurred. I will forever wish that I or someone else in his life and had known what was happening to him and intervened, but we didn't know.

All I can do know is pray for you to find the compassion to not leave Ryan in jail until all the potential in him and his future is destroyed. An excessively long incarceration for someone barely starting their adult life is basically a death sentence. He was barely learning how to navigate the world successfully on his own when he was arrested and decades in jail will likely leave him broken and dysfunctional. There is no justice in that. With a few years of therapy and rehabilitation, I truly believe Ryan will get to a place where he never commits any criminal action of any kind again.

Sincerely,

███████

May 14, 2019

To the Honorable United States District Court Judge Charles Breyer,

Thank you for the opportunity to address you directly to show my support for Ryan Spencer. My name is ███████ I am the mother of three boys and a longtime family friend of Ryan and his family. Professionally I am the Human Resources Director for the City of █████ I first met Ryan when he was in the fourth grade. Both of his younger brothers are "best" friends with two of my sons. Those relationships brought his mother and I together in a shared experience of raising three boys.

Through the years, I watched Ryan grow and navigate the trials and tribulations of adolescence. I knew he was always a bit different from other kids in that he preferred to stay and talk to the adults in the room as opposed to going off to play with the other boys. Ryan would amaze me with his ability to have mature, rational discussions on a variety of topics such as politics or global issues at such a young age. I came to appreciate Ryan's uniqueness, and always enjoyed spending time with him. I trusted Ryan and allowed him to babysit my youngest son on several occasions, he provided my oldest son with a ride to school every day in high school, and he would also house sit for me while my family was on vacation. I trusted Ryan with my children, and I still do to this day.

Ryan had a gift of connecting to kids. I look back on the times our families went on vacation together and recall how he always made my youngest son feel included and a part of the activities while the other four boys who were all older would take off and leave him. Ryan would make those kids who felt left out feel important, probably because he knew how that felt.

I am intimately aware of the abuse suffered by Ryan as a child as well as the abuse suffered by others at his hand. I grieve for him and for the other children as the cycle of abuse was perpetuated unabated. Here now is the opportunity for the court to help put an end of this abuse by not only providing an appropriate punishment that takes into account the abuse Ryan suffered, but effective treatment for him as well. Please consider Ryan's history, his age and his acknowledgement of his responsibility for the abuse he inflicted on others.

I have spoken to Ryan since his incarceration, and I believe he is truly remorseful and sorry for his actions. The toll this has taken on his brothers and his mom will never be erased. I hope you will consider a sentence that will allow him to be a son again, and a big brother again. Allow him to be a part of the solution to help prevent others from suffering from sexual abuse.

Thank you for reading my letter.

Sincerely



To the Honorable United States District Court Judge Charles Bryer;

Re: Letter of Reference for Ryan Spencer

Honorable Judge Bryer,

I am writing a letter to the court to support Ryan Spencer.  I hope it will assist the Court in seeing another view of him as a 21-year-old young man.

My name is ███████. I have worked as a ██████████████████████ ██████████████████ for 29 years.  I have 5 children ████████████████ ██████████████ I am Ryan's Father.



Since his arrest and incarceration my relationship with Ryan has remained strong through daily phone calls, weekly video visits and bi-weekly in person visits.  I support him via book orders and commissary.  **He even gives me great parenting advice for my 9-year-old daughter and 15-year-old son** and helps my outlook on life through this entire process. (He strives to be a brother in the lives of his siblings in letters, phone calls and video visits.)

Ryan is the young man I admired and am so proud of for his drive for success.  We all knew he would make a difference in the world.  His numerous jobs and volunteer work showed me his amazing work ethic.  Since his arrest he has shown strength and perseverance to pay for his crimes and still make something of himself in this world even with the hardships he was, is and will endure for the rest of his life. Of note he and his deceased father-in-law ████ ██████ were primarily the father figure to █████ my now 15-year-old son. I am so grateful for his efforts in helping with █████.  Also, he would always make an effort to visit me and his grandma in ███████ making the trip from █████ to my house and her house to just say hi and visit.

His remorse for his crimes has been expressed to me numerous times in letters and at in person visits.  He sees the world differently than most and is able to look ahead to his future after serving his time and how he can be a light to the world somehow in some way.

My life will change in the coming months living in ██████████████████. I will be able to fly to wherever he is and see him in person on visit days.  Letting him know with a hug I am here for him to love and support him in any way possible.

Please consider showing leniency in sentencing Ryan from the words in this letter and those submitted in this case.

Sincerely,

████████████

To the Honorable United States District Court Judge Charles Breyer:

Dear Judge Breyer,

I am Ryan's mother, an attorney and now a widow. Ryan's step-father died in February 2018 while Ryan was incarcerated.

It is with much sadness and compassion for all involved in Ryan's case, particularly the young victims, that I write you.

Ryan's childhood was difficult, more difficult than that of my other younger children. He was different by nature and never fit in well with his peers. He was severely bullied after we relocated to ▮▮▮▮▮▮▮▮▮▮ when he was 10.

I believe Ryan suffered from complications of my undiagnosed and untreated diabetes during my pregnancy with him. I required significant doses of insulin starting in the first trimester and monitoring by specialists to ensure proper brain, heart and lung development during my subsequent pregnancies. This did not occur while pregnant with Ryan.

Early on Ryan exhibited a lack of understanding of social cues and a number of sensitivities and obsessive/compulsive tendencies. He also has other health issues, including a condition that caused him fainting/seizures striking his head on a few occasions. He was deeply affected by my divorce from his father. He was estranged from his father at age 12 (after his father remarried and had a baby) during the time we now know he first came in contact with the then adult codefendant ▮▮▮▮▮▮.

In the years leading up to his arrest, he often exhibited kindness to a variety of people in need and generosity of his time. He volunteered frequently and helped raise funds for schools. He supported other bullied and depressed teens in an effort to keep them from hurting themselves. During Ryan's high school years, three teenagers from his high school committed suicide. This was a concern for me with regard to Ryan as he suffered from depression symptoms throughout his childhood up to his arrest at age 19.

While we ran a business and cared for my husband's sick/hospitalized parents (running back and forth between ▮▮▮▮▮▮▮▮▮▮▮▮ from 2011 to 2015) prior to their deaths, Ryan often managed things at home for us from the age of 16 up to his arrest at age 19. He would go grocery shopping, run errands, maintain stuff around the house and drive his siblings to their activities and school. He volunteered to drive a friend's child to high school for an entire school year uncompensated even though it was out of the way for him. He cared for my mother on many occasions when she was disabled from orthopedic conditions and required assistance around the house. He would drive from ▮▮▮▮▮▮▮▮▮▮ on occasion just to assist her. He volunteered to make meals for families with children diagnosed with cancer.

Up until the age of approximately 16, long after his contact with online predators began in junior high unbeknownst to us, his vocational focus was food service, culinary arts and graphic design, not childcare or teaching.

He was arrested at 19 when he still had a child-like mind. He was very depressed leading up to his arrest and had talked to me about getting counseling, though I did not know the reason. He was socially isolated and vulnerable to indoctrination and influences during his youth. I believe that led him to normalize his own victimization and rely on online predators for connection.

That said, Ryan knows that his activities with young children were/are wrong. Ryan takes full responsibility and he has expressed a deep commitment to rehabilitate fully, serve his time with good conduct, never reoffend in any way, and make something meaningful out of his life. I am in almost daily contact with him. He has discussed responsibility for his actions, remorse and rehabilitating completely throughout his many months at ███████████████.

There are almost no resources at ████████ for rehabilitation. Nonetheless Ryan has taken every opportunity afforded him. He completed a cognitive behavioral class aimed at making good decisions and engaging in lawful conduct. He also participates in bible study and actively seeks out resources and nonfiction for the purpose of taking responsibility, engaging in healthy thinking/conduct and planning his rehabilitation. He has assisted other inmates with filling in forms, understanding procedures, and obtaining information they require. He has more recently helped another inmate with his GED studies. He also shares the books that family and friends send him with other inmates.

Ryan was only 19 at his arrest. He was exposed to child pornography at a young age, as a victim of online predators, including his co-defendant. Ryan is suffering significant collateral losses, much greater than someone arrested after obtaining a higher education and/or work experience as an adult. He would also have the most chance of medical rehabilitation by receiving treatment now while his brain is still developing and the most amendable. I believe it would be tragic for him to spend his whole adult existence through middle-age incarcerated.

Thank you for your consideration of the above.

Sincerely,



## To the Honorable United States District Court Judge Charles Breyer:

Honorable Judge Breyer:

I am writing on behalf of Ryan Spencer, who is my grandson and the eldest son in a family of seven.
My name is ▮▮▮▮▮▮ and I was a purchasing manager for many years with electronic firms in
California, now retired.

I have known Ryan since birth and witnessed him grow up to be a well-mannered, intelligent,
well liked, and a well-balanced young man.  However, at an early age approximately 11 -12 years old
Ryan was sexually abused, and that was the prelude he suffered at the hands of ▮▮▮▮▮▮▮▮and
his arrest led to the arrest of Ryan. ▮▮▮▮▮▮▮ met Ryan several  years before he
was 18 and still a minor.  He influenced him regarding unacceptable activities that he eventually
pleaded guilty to.  It would be a safe assumption to say that ▮▮▮▮▮▮ determined the route
that brings Ryan before you today.

Although Ryan did make many poor choices, and he was both a victim and a perpetrator, none of
Ryan's quality traits can absolve what he has done.  Nonetheless, Ryan has told me in confidence
that he accepts full responsibility for his mistakes;  has sincere remorse for his actions, and wants
to be a positive member of our society in spite of the difficult road ahead.  I would hope that the
court would consider Ryan's  young age when he was victimized and grant Ryan a reasonable
sentence.  His confinement should include treatment that would help Ryan deal with his history
of trauma and manipulation.

As an 88 year old hopeful grandfather, who will never see this grandson again I can only hope for
a reasonable sentence.  A 20 year or 30 year sentence being  totally unreasonable to me.

Please consider all the facts as referenced above in the sentencing of Ryan Spencer.

Respectfully,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Dear Honorable United States District Court Judge Charles Breyer:


My name is ████████. I am 20 years old and am a student at ████ University. I have known Ryan Spencer since my first day of sophomore year of high school at ███ High. We had a class together and were seated next to each other. I became friends with him and his friend group, but I only hung out with them a few times outside of school. We continued to have classes together through high school, and after we graduated we both attended ████████. There, we took the same history class and were in close contact up until I found out he had been convicted. We had just been studying for finals and were excited for each other to find out how we did, so it was a huge shock to me when he wasn't at class the last week of school and I had to finish the semester without him.

My relationship with Ryan now, since his incarceration, has been in correspondence through letters. We will write as often as we can to each other and also do video chats. He is a dear friend of mine.

I have always thought Ryan to be of good character. He is someone who is reliable and very hard working with a lot of ambitions for his life. He constantly talks about how he wants to continue his college career and get a degree of some sort. His biggest regret in life would be not being able to finish college. He is someone who loves to learn and is extremely intelligent in multiple subjects.

There was one time at school during Valentine's Day where Ryan brought the entire class little candies and cute notes to share, which I thought was super thoughtful and kind. He has also supported me by attending concerts I have been in at my church when I have sung during Christmastime. He has also been invited to my house for dinner with my family, and my dad – who is a pastor – Ryan, and I have had long, intellectual conversations together.

Throughout my time of knowing him, he always had a job (or two) and was working as many hours as he could, which meant sometimes sacrificing social time with friends. Especially while working at local elementary schools, volunteering at science camps, and with children in general, he took his job very seriously and always strove to be the best he could be. He was very well liked and well known in that community because of how much effort he put in, and he took a lot of pride in that reputation.

He talked about his family a lot too, such as the accomplishments of his brothers and how much he adores his half sister. They are very important to him and I can see how much it pains him to be away from them, especially when his stepdad passed away and during holidays.

After he left, I saw the impact it made on his (and my) close friends from high school. They were hurt and confused and had to deal with this hole in their friend

group from his absence. Because of the separation now, none of them have really reached out to stay in contact with Ryan as much as I have, which has been challenging to navigate for all of us.

I do not believe that Ryan would re-offend. He has expressed so much how he wants to pursue a college degree and start working again to make his contribution on society. He has also mentioned to me interest in writing a book describing his experience thus far. Because this offense has put his life on hold so much already, I firmly believe he would not want to risk losing that freedom ever again.

I hope this letter will help in deciding on a fair sentence for Ryan Spencer.

Sincerely,

███████████

Honorable Judge Breyer,

I am writing to you a character reference on behalf of my younger brother, Ryan Michael Spencer, who is being charged with possession of child pornography. I met Ryan when he was ten years old. He, his two younger brothers, and his mother moved in with my father and I in 2008. As I have known Ryan for over a decade, and we have become a strong family through the many events of life, I believe that I can provide accurate and honest reasons as to why Ryan is deserving of an alternative sentencing.

Firstly, Ryan has never given any signs of having a desire to harm or sexually advance on children. If anything, he was a patient listener and advocate for all children that he encountered. They would talk to him about problems they had at school or home and he would listen and offer ways to remedy the situation, often encouraging them to vocalize their issues to their parents and to use their words rather than physical violence. He showed true concern for children who felt that they were not being heard, and was consistently an avid proponent of their best interests. This dedication towards children shows that Ryan has a remarkable level of compassion for those who need help in finding their voice and standing up for themselves.

Secondly, Ryan was a well liked and respected individual of the community. He tutored children and volunteered his summer hours as a camp-counselor, after school supervisor, and cabin leader. Ryan had a genuine interest in the education of children and was studying early childhood education in school because he felt that he could help the school system and improve the lives of children. Ryan himself had a difficult time growing up, which was increased when he moved to ████, California. I believe that the reason Ryan became so devoted to helping children was because that he himself wanted someone that could understand him and encourage him to stand up for himself. I think he wanted to be someone that children felt could help them, as he needed someone when he was young to help him, but did not have. He aspired to be a saviour of sorts for children.

Lastly, Ryan himself was a victimized child by Peterson. A young, impressionable mind was abused and horrifically manipulated by someone older than himself. I believe that when a child, especially at such a stressful age of thirteen and dealing with the throngs of puberty, is told to do something, that there is a fear of disobeying anyone older than yourself because that is what children have been conditioned to do their whole lives. While I see the severity of the situation, I find it unreasonable to disregard that this fact be overlooked because Ryan was taken advantage of at such an integral part of his development.

Because of the reasons stated above, I do not believe that the maximum sentencing at a federal prison will be beneficial to Ryan. I advocate that Ryan be moved to a rehabilitation facility of some sort for people who have been abused when they were children. Additionally, I think that therapy and counselling would be a highly effective alternative to both remedy the psychological damage inflicted upon Ryan, and still keep him monitored until he is deemed fit to return to society, where he will be embraced and cared for by a loving, supportive family.

Regards,

, sister

To the Honorable United States District Court Judge Charles Breyer:

Dear Judge Breyer,

I am a friend of Ryan Spencer. I am a kindergarten teacher in Pajaro Valley School District (PVUSD). I have taught various grades (K-6) and have been a teacher for 25 years. I have a master's degree in Curriculum and Instruction. I have spent the majority of my career in the public sector. I met Ryan 10 years ago. He is a friend of my daughter. His younger brother, ███ who is attending Cal Poly, is my son's best friend. Our families are close friends. We have socialized with the Spencers often. I believe that Ryan is a good person and he comes from a phenomenal, caring, educated, supportive family.

I believe that Ryan is on the spectrum and he was never identified by the school system. Ryan had underdeveloped social skills. It made him awkward and a target of bullying. He was easier to manipulate and control. His conversations often revolve around "self" rather than others. Had he been identified as being on the spectrum an early age, he could have learned some life/social skills that would have benefitted him. Ryan is an

intelligent person. Most children on the spectrum have strong cognitive skills. Please understand that I am not suggesting that kids on the spectrum turn to porn or commit crimes. I am emphasizing that kids with very mild autism are targets of bullying. They are sought out because they are perceived as different, weak and desperate to have friends.

Ryan is patient and kind. I had him volunteer in my class. I never witnessed any inappropriate behavior. He always worked well with the students and had a great work ethic. I know many adults that he worked with at Mar Vista Elementary, Valencia Elementary and Aptos High School and everyone believed that he was responsible, respectful and a hard worker. He was well liked by the adults he worked with.

I believe that Ryan needs to have a consequence for his action. He was 19 when he was

arrested and much younger when he committed some of his crimes. His social and emotional intelligence were underdeveloped. He made a terrible mistake. I am asking for leniency in his sentencing. I believe with the appropriate therapeutic community he can be rehabilitated. Placing Ryan in prison for the next 30 years is not helping him or society. He needs intensive therapy and opportunity.

I believe and have hope that with the correct therapy paired with tough parole restrictions Ryan's risk of reoffending will be null. When these crimes were committed Ryan's frontal lobe was not fully developed, couple that with him being on the spectrum (mildly), his social ability was much lower than his chronological age.
I am begging you to please give Ryan a chance to prove that he can be trusted and a productive member in society.

Thank you in advanced for reading my letter and for considering my recommendation. I appreciate you and your job.

Sincerely

**To:**     **The Honorable United States District Court Judge Charles Breyer**
**Date:**   **February 2019**
**Re:**     **Ryan Spencer, Character Letter**

My name is ███████████ and I am the godmother of Ryan Spencer. I have known Ryan's mother since the 7th grade. I have known Ryan since his birth. Ryan is a kid I have always admired. He is kind, caring, thoughtful and has always been a good hearted person. I was devastated to learn of his arrest 2 years ago. I was actually SHOCKED. Ryan has spent his lifetime around his siblings, my children and has NEVER had any incident of inappropriate behavior toward children. While I understand that he was involved with an older man to transport inappropriate photos of minors, I still can not see Ryan doing this with intention of harming kids/children. I have come to find out through his mother and Ryan, that Ryan was unfortunately a victim at a young age (which we all did not know about). Ryan's family is a family that many of us admire. They are good people. Ryan is a good person that I believe got caught up with the wrong people. I am sure he needs a HIGH level of intervention to figure out why he

would have gotten involved with this bad situation, but the reality is **I know this boy--now man. He is the kid I wanted my kids to look up to and be. He is the kind of kid that many adults like. He listens and is thoughtful.** I believe DEEP in my heart that he should not go to prison for decads. He CAN be rehabilitated. His mother and father have always provided and tried to do the best for him. It is VERY unfortunate that he, as a teenage boy, was influenced by media, and got connected on-line with the wrong people. He must take responsibility for his actions, but does he have to pay for this for his entire life? I ask you Honorable Judge, Charles Breyer, please look at all the evidence. If you find he in fact harmed young children then he should pay for his action, but if you see any kind of chance that he may have just been connected to the wrong people and the wrong time please consider giving him a chance to rehabilitate. I feel so confidently in his ability to do well in this world after these circumstances that I would in fact feel fine with him being around my kids. He is a good person. He should not have to be in jail most of his adult life and NOT have the chance to rehabilitate himself. Thank you for your time and consideration.  If he is to serve, I know Ryan will never stop learning and being remorseful for getting himself into this situation. He loves his family so much, I am sure that is what he feels the worst about is causing grief to his mother and family. We are all just sick about this situation, and we hope you will understand that this is a boy that got connected with the wrong people and is now paying the price. I know if you reconsider his sentence, he will do good by his family and the world. His family will make sure he gets the help and care he needs and deserves.

- He was the ring bearer in my wedding.
- Since the age of 3 and up Ryan would visit my home and connect with my kids.
- He was an awesome big brother to his two brothers and ½ sister. We would spend time together at our home, cabin in Tahoe and their home in Santa Cruz. Our families know each other, well.
- He volunteered at camps during the summer and breaks, and I heard often about the programs. I even met his bosses and friends. They were all nice and thought very highly of Ryan.
- Ryan had a hard time when his parents divorced, but he was very strong for his siblings.
- Ryan loved his step dad and they got along very well.
- Ryan always knew family was important. I OFTEN went to his home and he was in charge of cooking, cleaning and shopping. I wanted my son to be like Ryan when he grew up. Ryan was always good to his mother, grandmother and family/friends. We all looked up to Ryan.
- When Ryan was in high school in Santa Cruz he would drive over the hill and would stop by my house in San Jose. He would always visit and was kind to my kids. There was NEVER an incident where I did not feel comfortable with him around my children.
- Ryan shared with us his feelings. He was not closed, and would be kind to strangers and other adults. He was always someone that cared for others--genuinely. But apparently he was struggling internally with things that may have happened to him as a child and then acted in a way that was not appropriate. He was broken, and we were not aware, or we in fact would have done something.

- I have talked to Ryan via video while has served these past two years. It is shocking, but I wanted him to see I was there for him unconditionally. We have exchanged letters and bday cards like we always did before. There is no doubt that this action he is accused of is very wrong. I do not condone it. But I do know in my heart that Ryan is good. His heart is filled with goodness. This was a very bad mistake and I hope that all evidence will be reviewed and re-reviewed to ensure that it is clear that he must serve jail time. I know you will do this so if he is to serve time it is because he did something that justifies this jail sentence.

Thank you for reading my statement. He is not my son, but he is like a son to me and many. He was the guy we turned to for an extra ride, an extra smile and extra kindness. Please consider my letter. I work in a job where I am with teens and kids all the time. Ryan was not a kid we avoided or had odd behavior. This whole situation has been a nightmare for his family and friends. Truly unimaginable. I hope you will understand that his family and friends love him very much and I am writing to you with true honesty as to how he affected me and my family's life in a very positive way.

Thank you for your consideration of my letter.

