FILED

SEP 13 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. RYAN MICHAEL SPENCER, Defendant-Appellant. | No. 18-10197 D.C. No. 3:17-cr-00259-CRB Northern District of California, San Francisco ORDER |

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 14) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Don Lewis
Deputy Clerk
Ninth Circuit Rule 27-7

DL/AppComm Direct Criminal