1  RYAN MICHAEL SPENCER #24235-111
   U.S. Penitentiary-Lompoc
2  3901 Klein Blvd
   Lompoc, CA 93436
3  Defendant

FILED
NOV 18 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE No.: CR-17-00259-002-CRB |
|---|---|
| PLAINTIFF, | |
| v. | |
| RYAN MICHAEL SPENCER | OBJECTION TO PART OF THE |
| DEFENDANT. | CRIMINAL MONETARY PENALTIES. |

Defendant, Spencer, objects to the courts finding that the seven JVTA $5,000 assessments apply to him.

ARGUMENT

Defendant was arrested at age nineteen and has remained in custody from then until now. Prior to his arrest, Defendant worked for Santa Cruz Parks (from age 16 until arrest) and the Santa Cruz County office of Education (from age 18 until arrest). While at these jobs, Defendant made $12.00 per hour for part-time work. After his arrest, Defendant paid every last cent in his bank account added to what his parents could pay toward Defense counsel. At the culmination of his criminal case, Defendant was indigent.

The assessment of $5000 under the Justice for Victims of Trafficking Act of 2014 (JVTA), codified as 18 U.S.C. § 3013, applies to Defendants who are not indigent. As such, the assessment does not apply. (see United States v. Peterson, case number 1:17-cr-00255-SKO-LJO (E.D. CAL. 2019), ECF 75)(Comments by Chief District Judge Lawrence J. O'Neill as to how the JVTA does not apply to defendant Peterson, because he is indigent. Striking down the governments argument that Defendant has

OBJECTION TO
JVTA                                    1

1 his whole lifetime to pay the JVTA regardless of the fact that Defendant was
2 still young and capable of eventually paying it.)).
3     Because the statute, as written by Congress, exempts indigent Defendants from
4 paying it, Defendant, Spencer, must be exempted.

## CONCLUSION

7     For the foregoing reasons, Defendant requests the court find that he
8 is not required to pay the JVTA of $35,000.

11 Respectfully submitted,

13 Dated: 11-7-19

14     Defendant, Ryan M. Spencer

31 OBJECTION TO JVTA      2.

Ryan Spencer #24235-111 Z-Unit
United States Penitentiary, Lompoc
3901 Klein Blvd.
Lompoc, CA 93436-2706

United States District Court
Clerk's Office 16th Floor
450 Golden Gate Ave, Box 36060
San Francisco, CA 94102

✱ SPECIAL MAIL ✱



FCC LOMPOC
3600 GUARD ROAD
LOMPOC, CA 93436

DATE  11/14/19

The following letter was processed th~~ ~~~cial mailing procedures for forwarding to you. The ~ been neither opened or inspected. If the writer raises a qu~~~ ~r problem over which this facility has ~ isdiction, you may wish to return the material for fur~~ ~mation or clarification. If the writer enclosed curr~~ ~rwarding ~ ~~ ~her address, please re~~ ~~~ ~~~~~ed to the ab~~~ ~~dress.