IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>   v.<br>RYAN MICHAEL SPENCER,<br>        Defendant. | Case No. 17-cr-00259-CRB-1<br><br>**ORDER REGARDING TRANSCRIPT REQUEST** |

    Defendant Ryan Michael Spencer has filed a pro se Motion Requesting Transcripts, seeking five transcripts of hearings from United States v. Peterson, Case No. 17-cr-259-CRB for the purposes of filing a motion under 28 U.S.C. § 2255. See Mot. (dkt. 173). Mr. Spencer must either submit a Transcript Order, available on the Court's website, or an application to the Court demonstrating that he is indigent and would like to receive copies of the specified transcripts without having to pay the court reporter's fees.

    **IT IS SO ORDERED.**

    Dated: January 30, 2020

CHARLES R. BREYER
United States District Judge